FILED

2024 May-07 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## United States District Court
### for the
### NORTHERN DISTRICT OF ALABAMA
### Southern Division

FILED

2024 MAY -7 A 11:31

U.S. DISTRICT COURT
N.D. OF ALABAMA

JALISSA FRANKLIN

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Shera C. Grant
Winston, Winston, Jenkins & Chastain, LLC

PARKWAY REALTY AS AG F/BEAR CLAW LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 2:24cv 570-AMM
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff**

Name                    JALISSA FRANKLIN

Street Address          351 24th Street North  Unit 1753

City and County         Birmingham, Jefferson

State and Zip Code      Alabama  35201

Telephone Number        (205) 441-7679

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
    Name      PARKWAY REALTY AS AG F/BEAR CLAW LLC
    Job or Title    Rental Company
    Street Address    5290 Old Springville Road
    City and County    Pinson    Jefferson
    State and Zip Code    Alabama  35126

Defendant No. 2
    Name      Winston, Winston, Jenkins & Chastain LLC
    Job or Title    Attorney for Defendant
    Street Address    1744 Oxmoor Road
    City and County    Homewood   Jefferson
    State and Zip Code    Alabama  35209

Defendant No. 3
    Name      Shera C. Grant
    Job or Title    District Judge for Case #
    Street Address    716 N. Richard Arrington Blvd, Room 560
    City and County    Birmingham   Jefferson
    State and Zip Code    Alabama  35203

Defendant No. 4
    Name      n/a
    Job or Title
    Street Address
    City and County
    State and Zip Code

Defendant No. 5
   Name           n/a
   Job or Title     _____
   Street Address    _____
   City and County   _____
   State and Zip Code  _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question  ☐ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____ n/a _____

Address _____ n/a _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First Amendment, Fifth Amendment, Fourteenth Amendment, Contracts Clause, Fair Debt Collection Practices Act, and Truth in Lending Act

C.    **If the Basis for Jurisdiction is Diversity of Citizenship**

1.  The Plaintiff

The plaintiff, *(name)* _____ n/a _____, is a citizen of the
State of *(name)* _____ n/a _____.

2.  The Defendant(s)

a.  If the defendant is an individual

The defendant, *(name)* _____ n/a _____, is a citizen of the
State of *(name)* _____ n/a _____. Or is a citizen of
*(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____ n/a _____, is incorporated under
the laws of the State of *(name)* _____ n/a _____, and has its
principal place of business in the State of *(name)* _____ n/a _____.

Or is incorporated under the laws of *(foreign nation)*
_____ n/a _____, and has its principal place of
business in *(name)* _____ n/a _____.

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant
owes or the amount that is at state – is more than $75,000, not counting
interest and costs of court, because: *(explain)*

_____ $20,000.00 _____

_____

_____

**III.    Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) The defendants failed to answer Notices/Affidavit/ concerning the alleged debt. The defendants failed to accept my tender of payment for the alleged debt.    April 3, 2024    April 22, 2024

(2) The defendants failed to validate the allege debt before continuing to an eviction proceeding.    March 1, 2024

(3) The judge ignored my challenge of jurisdiction and ordered against me despite the evidence I entered into the case    May 1, 2024

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Immediate removal of the eviction proceeding to federal court.

(2) A temporary restraining order against the sheriffs, and defendants until the federal court comes to a verdict.

(3) The defendants original complaint to be DISMISSED without prejudice for lack of jurisdiction.

(4) The clerk to dismiss and close this case.

(5) The original invoice to paid for to the plaintiff.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __JALISSA__ Last Name __FRANKLIN__

Mailing Address __351 24th Street North__

City and State __Birmingham, Alabama__ Zip Code __35201__

Telephone Number __(205) 441-7679__

E-mail Address __organicv999@icloud.com__

Signature of plaintiff __Jalissa Frklh__

Date signed __May 7th, 2024__

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at <u>www.pacer.gov</u>

Page 6 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

      ☐ HTML – Recommended for most e-mail clients

      ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_____

Participant signature:_____

Date:_____




UNITED STATES POSTAL SERVICE

**REGISTERED MAIL**™

RF 728 674 620 US

Label 200, August 2005          PSN 7690-03-000-9311

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ALABAMA
## BIRMINGHAM DIVISON
## HUGO L. BLACK U.S. COURTHOUSE

PARKWAY REALTY AS AG F/BEAR CLAW LLC,

      **Plaintiffs.**                      **COURT CASE NO.: DV-2024-901820.00**

                **-vs**

JALISSA FRANKLIN™©

FRANKLIN JALISSA™©

      **Defendant(s)**

---

### NOTICE OF REMOVAL

Comes now Franklin Shanta Jalissa, as Grantor/Sui Juris/ Beneficiary In care of JALISSA FRANKLIN (Defendant), in the above captioned cause, moves that the court takes "JUDICIAL NOTICE" to the defendants "NOTICE OF REMOVAL".

To all parties and their counsel of record, please take notice that the instant matter before THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA BIRMINGHAM DIVISION as cited above is HEREBY REMOVED TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE, as per the requirements as stipulated in 28 U.S.C. §1446(a)(b) for further proceedings.

### WARNING TO STATE COURTS AND LAW ENFORCEMENT:

This Removal shall divest and disqualify the District Court of the 10th Judicial Circuit in and for Jefferson County, Alabama and all law enforcement holding writs from taking any further action

---

**NOTICE OF REMOVAL**                                                      **Page 1 of 5**

in the underlying case for want of jurisdiction under **28 U.S.C. 1332, 1441, 1446, 1453, et al.,**
**and FRCP Rule 11.**

**28 U.S.C. §1446(b).** The notice of removal of a civil action or proceeding shall be within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading set forth the claim for relief upon which such action or proceeding is based, or within thirty days after service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, which ever period is shorter.

U.S.Code, Title 28, Part IV, Chapter 89, § 1441(f) under Derivative Removal Jurisdiction states: "The court to which a civil action is removed under this section is not precluded from hearing and determining a claim in such civil action because the State court from which such civil action is removed did not have jurisdiction over that claim"

Copies of this Notice are being served on counsel for Plaintiff, any law enforcement holding writs, and filed with the Clerk of Courts for the 10th Judicial Circuit in and for Jefferson County, Alabama, 716 Richard Arrington, Jr. Blvd. N, Birmingham, AL 35203.

It should be noted that 28 U.S. Code 1443 states "Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the District Court of the United States for the District and Division Hugo L. Black U.S. Courthouse embracing the place wherein it is pending: (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof; (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law."

In the eviction action in the state court, Plaintiff has displayed a retaliatory conduct while administering service to the beneficiary of record. Plaintiff has not been forth coming and truthful about the acceptance of the tender of payment.

In the eviction action in the state court, the judge has been partial in the matter of allowing the defendant "Due process of law".

Without jurisdiction, complete jurisdiction, no court can issue a judgment that isn't void, a nullity, without force or effect, on its face and in fact because there was an incomplete or incompetent jurisdiction for the State Court thus enabling jurisdictional failure to appear on the face of the record, making the eviction action void and subject to vacate with damages. The Court was obligated to uphold and protect the Constitution of the United States. The State Court was obligated to redress confirmed injustice. The Court was obligated to report violations of rules of professional conduct of both attorney and judges once the defendant informed the courts of a jurisdictional challenge and dishonor of the Plaintiffs.

Defendants are seeking separately for damages for the wrongful acts performed by the Plaintiff, PARKWAY REALTY AS AG F/BEAR CLAW LLC, Attorney and Judge.

This Removal is dual in purpose; first to remove the pending state case from state court and second to challenge a statutory scheme which is ongoing and denying a lawful right to fully defend an eviction case by challenging the legality and clarity of the; alleged debt owed, an invalid contract, and maintenance issues affecting the safety of me and my family.

This action as removal is saught to be under FRCP Rule 42. The core of the federal civil action also attacks the problem of state courts routine but illegal denial of a recognized due process of law, thus presenting ripe FEDERAL QUESTIONS concerning an unfair application of state law.

## STAY ON PRIOR STATE ACTS ACTIVITY REQUESTED

Defendants moves within this removal a self-contained Motion for a STAY on any consideration by this court of the state eviction matter and that this court does not act in a sudden, knee-jerk manner by ordering the eviction of an entire family onto the street. This petition is seeking all tiers of stay including temporary restraining order, issued sua spante or on any motion until the constitutional issues raised are declared either constitutional or unconstitutional and their rights be judicially defined.

There is no detriment to any party by way of a delay in this proceeding and the important public interest in fair access to judicial rights and defense is of tremendous concern to this and all courts in Alabama. No other means at law exist to protect defendant's rights and those similarly form this ongoing built-in judicial abuse and disparity over those that can't afford the legal assistance.

Removing party asks that the usual provision of the time constraints applicable to removals be stayed and waived to allow this challenge to be perfected with due process of law.

## CONCLUSION

This court therefore has jurisdiction over the parties involved in this instant matter and the Removal and Petition are meant to achieve an urgently necessary determination, to wit, movant Franklin Shanta Jalissa as grantor, Sui Juris, beneficiary, donor and heir in care of JALISSA FRANKLIN(Defendant) seeks in good faith to achieve. I reserve my rights to amend at any time.

I, Franklin Shanta Jalissa, affirm that the above claims are true, only accurate, based on firsthand knowledge, information, facts and conclusion of actual law. This document is witnessed by and before God on this day May 6th, 2024 as such under penalties of divine retribution if otherwise

so help me God.

Executed on this 6th day of May two thousand twenty-four.
Further, Affiant(s) Sayeth Naught

By: _:Franklin - Shanta :Jalissa_

:Franklin- Shanta :Jalissa as grantor, Sui Juris, donor, beneficiary, heir and authorized representative for JALISSA FRANKLIN(Defendant)
**Without Recourse, Without Prejudice & All Rights Reserved**

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been finished, filed, and delivered to:

PARKWAY REALTY AS AG F/BEAR CLAW LLC
Attn: Heather Barnett
5290 Old Springville Rd
Pinson, Alabama 35126

WINSTON, WINSTON, JENKINS & CHASTAIN LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, Alabama 35209

JEFFERSON COUNTY COURTHOUSE
Attn: Shera C. Grant
716 N. Richard Arrington Blvd Room 560
Birmingham, Alabama 35203

JEFFERSON COUNTY SHERIFFS' DEPARTMENT
Attn: Mark Pettway, Sheriff
2200 Reverend Abraham Woods Jr. Blvd
Birmingham, Alabama 35203

**UNITED STATES POSTAL SERVICE**
**REGISTERED MAIL™**

RF 728 674 620 US

Label 200, August 2005                     PSN 7690-03-000-9311

Done this 6th day of May 2024.

: Franklin-Shanta :Jalissa
/s/ : *Franklin-Shanta :Jalissa*

---

## Notary Certificate

Alabama Republic

County of Jefferson,

On this day 6TH of MAY____, 2024, I, Franklin-Shanta :Jalissa , the sovereign sentient living woman personally appeared before the notary, CARIDAD STEPHENS____ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Notice are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

NOTARY
Title & Commission Number                                   Seal

My commission expires August 7, 2027

1430 Gadsden Hwy Ste 116
Birmingham, AL 35235

Address

CARIDAD STEPHENS
NOTARY PUBLIC
STATE OF ALABAMA
My Commission Expires
August 7, 2027

---

**NOTICE OF REMOVAL**                                        **Page 5 of 5**

**1875 Alabama Constitution and The Bill of Rights Article 1 Sec.22** *No Ex Post Facto law, nor any law impairing the obligation of contracts shall be enacted....* **Notice of Special Appearance: Franklin Shanta Jalissa, Sovereign Beneficial Owner 1st Lien Holder of JALISSA SHANTA FRANKLIN and any derivatives thereof.**







RF 728 674 620 US

Label 200, August 2005          PSN 7690-03-000-9311

PARKWAY REALTY AS AG F/BEAR CLAW LLC,

        **Plaintiffs.**                    **COURT CASE NO.: DV-2024-901820.00**

                 **-vs**

JALISSA FRANKLIN™©

FRANKLIN JALISSA™©

        **Defendant(s)**

## Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

I, JALISSA FRANKLIN, the Defendant in the above-captioned eviction proceeding pending in the DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA BIRMINGHAM DIVISION, respectfully by Special Appearance petitions this Honorable Court for emergency removal of the case to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON, pursuant to 28 U.S. CODE § 1441. The grounds for removal are as follows:

**Federal Question Jurisdiction:** The eviction proceeding raises federal questions arising from constitutional and federal laws:

- The First Amendment safeguards my freedoms of speech and petition. However, the courts and plaintiffs neglected to address or acknowledge the affidavits and notices I submitted in this eviction proceeding.
- The Fifth Amendment ensures due process, yet the court and plaintiffs failed to furnish lawful evidence of jurisdiction or the alleged debt, ignored my counterclaim, and disregarded lawful affidavits and notices prior to issuing judgement against me.
- The Fourteenth Amendment mandates equal treatment under the law. This includes ensuring that all parties to a legal proceeding are treated fairly and without discrimination. Despite my publicly published Notice of Special Appearance in writing

Void When Prohibited by Lawful Authority

**1875 Alabama Constitution and The Bill of Rights Article 1 Sec.22** *No Ex Post Facto law, nor any law impairing the obligation of contracts shall be enacted….* **Notice of Special Appearance: Franklin Shanta Jalissa, Sovereign Beneficial Owner 1ˢᵗ Lien Holder of JALISSA SHANTA FRANKLIN and any derivatives thereof.**

with supporting evidence/documentation challenging their jurisdiction, I have yet to receive a response along with proof sworn under the penalty of perjury.

- The Contracts Clause bars states from enacting laws that impair the obligation of contracts. This eviction proceeding breaches the terms of the alleged lease agreement, contravening my rights as a tenant.
- The Fair Debt Collection Practices Act (FDCPA) regulates the behavior of debt collectors and provides protections to consumers. Yet, the third-party debt collector failed to validate the debt despite several notices and requests for proof under the penalty of perjury.
- The Truth in Lending Act (TILA) requires creditors to furnish accurate and timely details about rental agreements' terms and conditions,

conferring jurisdiction to the federal court. Please refer to the attached (Exhibits) for further details.

## Temporary Restraining Order:

In addition to removal to federal court, the Defendant respectfully requests this Honorable Court to issue a temporary restraining order (TRO) to maintain the status quo pending further proceedings in federal court. The grounds for the temporary restraining order are as follows:

1. **Irreparable Harm:** The Defendant will suffer irreparable harm if the eviction proceedings continue in state court, as the action violates my un-in-alien-able rights, constitutional laws, and federal laws.

2. **Likelihood of Success on the Merits:** The Defendant has a likelihood of success on the merits in federal court, as demonstrated in the attached Exhibits and by other lawful arguments similar to this proceeding.

## Relief Sought:

1. Immediate removal of the eviction proceeding to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE.
2. Issuance of temporary restraining order to maintain the status quo and prevent irreparable harm pending further proceedings in federal court.

Void When Prohibited by Lawful Authority

**1875 Alabama Constitution and The Bill of Rights Article 1 Sec.22** *No Ex Post Facto law, nor any law impairing the obligation of contracts shall be enacted....* Notice of Special Appearance: Franklin Shanta Jalissa, Sovereign Beneficial Owner 1st Lien Holder of **JALISSA SHANTA FRANKLIN and any derivatives thereof.**

## Judgement/ Order

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**

PARKWAY REALTY AS AG F/BEAR CLAW LLC,

      **Plaintiffs.**                **COURT CASE NO.: DV-2024-901820.00**

        **-vs**

JALISSA FRANKLIN™©

FRANKLIN JALISSA™©

      **Defendant(s)**

Upon consideration of the Defendant's Motion to Dismiss and Challenge to Jurisdiction, the Plaintiff's failure to respond to said motion, the affidavits and notices submitted by the Defendant, and the requested removal of this action to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE, it is hereby ORDERED as follows:

1. The Defendant's Motion to Dismiss and Challenge to Jurisdiction is GRANTED.

2. The Plaintiff's complaint is DISMISSED without prejudice for lack of jurisdiction.

3. The removal of this action to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE is acknowledged and the case is hereby REMOVED accordingly.

4. Any pending motions are DENIED as moot.

5. The Clerk is directed to close this case in the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE.

      **SO ORDERED this _____ day of _____, 2024.**

_____
Judge/Clerk

Void When Prohibited by Lawful Authority

**1875 Alabama Constitution and The Bill of Rights Article 1 Sec.22** *No Ex Post Facto law, nor any law impairing the obligation of contracts shall be enacted....* **Notice of Special Appearance: Franklin Shanta Jalissa, Sovereign Beneficial Owner 1st Lien Holder of JALISSA SHANTA FRANKLIN and any derivatives thereof.**

## Certificate of Service:

I hereby certify that a true and correct copy of this Emergency Petition for Removal, Temporary Restraining Order, and Notice of Special Appearance has been served upon all parties to this action via delivery on this date of May 6th, 2024.

Winston, Winston, Jenkins & Chastain, LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, AL 35209
(205) 933-2300

PARKWAY REALTY AS AG F/BEAR CLAW LLC
Attn: Heather Barnett, Property Manager
5290 Old Springville Rd
Pinson, AL 35126
(205) 854-8490

JEFFERSON COUNTY COURTHOUSE
Attn: Shera C. Grant, District Judge
716 N. Richard Arrington Blvd. Room 560
Birmingham, AL 35203

JEFFERSON COUNTY SHERIFFS' DEPARTMENT
Attn: Mark Pettway, Sheriff
2200 Reverend Abraham Woods Jr. Blvd
Birmingham, Alabama 35203

*:Franklin-Shanta :Jalissa*
:Franklin -Shanta :Jalissa™© Suri Juris/Beneficiary
In care of JALISSA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com

Void When Prohibited by Lawful Authority

**1875 Alabama Constitution and The Bill of Rights Article 1 Sec.22** *No Ex Post Facto law, nor any law impairing the obligation of contracts shall be enacted....* **Notice of Special Appearance: Franklin Shanta Jalissa, Sovereign Beneficial Owner 1st Lien Holder of JALISSA SHANTA FRANKLIN and any derivatives thereof.**

# Notary Certificate

Alabama Republic

County of Jefferson,

On this day 6ᵀᴴ of __MAY__, 2024, I, :Franklin-Shanta :Jalissa:, the sovereign sentient living woman personally appeared before the notary, __CARIDAD STEPHENS__ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Petition are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama. Witness my hand and official seal.

_____
Notary Signature

__Notary_____
Title & Commission Number

Seal

My commission expires August 7, 2027

1430 Gadsden Hwy Ste 116
Birmingham, AL 35235

Address

> NOTARY PUBLIC · STATE OF · ALABAMA
> CARIDAD STEPHENS
> My Commission Expires
> August 7, 2027



**REGISTERED MAIL™**
UNITED STATES POSTAL SERVICE

RF 728 674 620 US

Label 200, August 2005          PSN 7690-03-000-9311

Void When Prohibited by Lawful Authority

# EXHIBIT  1
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order
## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
### ON

### 6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00  on

### 3rd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

## Without prejudice, without recourse UCC 1-308,
## ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

COPY                                                    Exhibit 1

# AFFIDAVIT OF PROOF OF SERVICE AND MAILING

**Republic of** _Alabama_ )
**Subscribed and Affirmed** )
**City of** _Birmingham_ )

I, _Franklin Jalissa_ , the undersigned mailer/server, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the _3 April_ , 20_24_, that, on behalf of (name) _Franklin Jalissa_, the living-soul, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| 1 | Affidavit of Proof of Service and Mailing | |
| 2 | Notice of Court Action | |
| 3 | Instruction Letter Exhibit 3 | |
| 4 | Proof of Postal Money Order Exhibit 2 | |
| 5 | Cease and Desist Notice | |
| 6 | Copy of Original Debt Collector Statement | |
| 7 | Exhibit 1 | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of _6_ documents with combined total of ___13___ pages.

2. That said document(s) stated above were mailed via (initial those which apply):

_____United States Postal Office, by regular mail, postage prepaid
_____United States Postal Office, by **Certified Mail #** _____,
Return Receipt Requested
_____United Parcel Service (UPS), tracking number # _____
___✓___Federal Express, tracking number # _____
___✓___Other (specify):
_Registered Mail # RA 183791 951 US_

at said City and State, one (1) complete set of **ORIGINAL/COPIED** (circle one) documents, as described in item 1 above, properly enveloped and addressed to (addressee and address):

Winston, Winston, Jenkins + Chastain, LLC
Attn: Norman Winston Jr.
1744 Oxmoor Road Homewood, AL 35209

Cc: Jefferson County Courthouse
Attn: Shera C. Grant
Attn. Jacqueline Anderson Smith
716 N. Richard Arrington Blvd. Room 500
Birmingham, AL 35203      Room 560

Cc: Office of Postmaster
Attn: Jackie Ogden
351 24th Street North
Birmingham, AL 35203
Cc: Office of General Counsel
Attn: Thomas Marshall
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260-1101

**CERTIFICATE OF SERVICE**

3.  That I am at least 18 years of age;

4.  That I am not related to _____ by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Server"); and further,

5.  That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my signature to these affirmations.

(Signature): _Franklin-Shanta ; jalissa_____, Mailer/Server

(Printed name): _Franklin Shanta Jalissa_____

## NOTARY PUBLIC'S JURAT

BEFORE ME, the undersigned authority, a Notary Public, of the City of _Birmingham_ ,

Republic of _ALA_____ (state name), this _3___ day of _APRIL_____, 20_24__ ,

_FRANKLIN SHANTA JALISSA_____mailer/server did appear and was identified by driver's license and

who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to

the best of his/her knowledge and belief.

WITNESS my hand and official seal.

RONALD LARGIN JR.
My Commission Expires
August 9, 2026

/s/_____SEAL

Notary Public

My Commission Expires On:

_5-2, 24_

# **Proof of Service**

I hereby certify that on April 3, 2024, I served the following documents:

1. Affidavit of Proof of Service and Mailing
2. Notice to not contract with court action
3. An Instruction Letter for Accepted Value (with a Money Order)
4. A Cease-and-Desist Notice
5. Copy of Debt Collector Statement

To the following parties by registered/certified mail:

Winston, Winston, Jenkins & Chastain, LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, AL 35209

Jefferson County Courthouse
Attn: Shera C. Grant, District Judge
716 N. Richard Arrington Blvd. Room 560
Birmingham, AL 35203

Jefferson County Courthouse, Room 500
Attn: Jacqueline Anderson Smith, Clerk of Court
716 N. Richard Arrington Blvd.
Birmingham, AL 35203

I declare under penalty of perjury under the laws of Alabama that the foregoing is true and correct. I have attached the signed return mail receipts to verify these deliveries.

:franklin - shanta : jalissa
franklin shanta jalissa™© Suri Juris/Beneficiary
In care of JALISSA SHANTA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com



Registered No. KA 183 791 951 US

| | | | Date Stamp |
|---|---|---|---|
| Reg. Fee | $1.87 | | POST OFFICE 0023 02 |
| Handling Charge | $17.55 | Return Receipt | |
| Postage | $3.65 | Restricted Delivery | APR 03 2024 |
| Received by | $0.00 $0.00 | $23.07 | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $1.00.00

Domestic insurance up to $25,000 is included 04/03... based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM**
Franklin, NGHatis, Md. 35203
In Care Of Jalissa Franklin
Post Office Box 1753
Birmingham, Alabama [35201-1753]

**TO**
Winston, Winston, Jenkins + Chastain, LLC
Attn: Birmingham, AL 35209 G. Winston Jr.
1744 Oxmoor Road
Homewood, AL 35209

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806,** Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to: Winston, Winston, Jenkins + Chastain LLC
Attn: Norman G. Winston Jr.
744 Oxmoor Road
Homewood, AL 35209

9590 9402 7592 2098 6665 43

Article Number (Transfer from service label)
2A 183 791 951 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

S Form **3811,** July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# Proof of Service

I hereby certify that on March 3, 2024, I served a Notice of Estoppel and Motion to Intervene. I served this document by Certified Mail to:

Heather Barnett, Property Manager
PARKWAY REALTY
5290 Old Springville Rd
Pinson, AL 35126
United States

I declare under penalty of perjury under the laws of Alabama that the foregoing is true and correct. Below I have attached the signed return mail receipt to verify this delivery.

:franklin - shanta : jalissa
franklin shanta jalissa™© Suri Juris/Beneficiary
In care of JALISSA SHANTA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▣ Complete items 1, 2, and 3.<br>▣ Print your name and address on the reverse so that we can return the card to you.<br>▣ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Heather Barnett_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Heather Barnett_  3/6/2024 |
| 1. Article Addressed to: _Heather Barnett_<br>PARKWAY REALTY<br>5290 Old Springville Rd<br>Pinson, AL 35126<br>United States | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5030 9063 5555 06 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1460 0121 73 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jefferson County Courthouse
Attn: Jacqueline Anderson Smith
716 N. Richard Arrington
Blvd. Room 500
Birmingham, AL 35203

9590 9402 8660 3244 6439 03

2. Article Number (Transfer from service label)

589 0710 5270 0991 0116 24

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jefferson County Courthouse
Attn: Shera C. Grant
716 N. Richard Arrington Blvd.
Room 560
Birmingham, AL 35203

9590 9402 8660 3244 6438 97

89 0710 5270 0991 0116 31

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT ___2___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order
**FILED IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO
L. BLACK U.S. COURTHOUSE**
1729 5ᵀᴴ Avenue North, Birmingham, Alabama, 35203
**ON**

**6ᵀᴴ of May two thousand twenty-four**

As true and correct copies of the original were entered as evidence on the
record in support of
<u>Case Number: DV-2024-901820.00</u> on

**3ʳᵈ of April two thousand twenty-four**

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED
04/01/2024.

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US



## AlaFile E-Notice

01-DV-2024-901820.00

Judge: SHERA C. GRANT

To:   FRANKLIN JALISSA (PRO SE)
GENERAL PO BOX 1753
BIRMINGHAM, AL, 35201-0000

## NOTICE OF COURT ACTION

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA

PARKWAY REALTY AS AG F/BEAR CLAW LLC V. JALISSA FRANKLIN

01-DV-2024-901820.00

A court action was entered in the above case on 3/25/2024 1:13:00 PM

### ORDER

[Filer: ]

Disposition:    OTHER
Judge:          SCG

Notice Date:    3/25/2024 1:13:00 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD. ROOM 500
BIRMINGHAM, AL, 35203

205-325-5331
jackie.smith@alacourt.gov

Case 2:24-cv-00570-AMM    Document 1-8    Filed 05/07/24    Page 27 of 160

ELECTRONICALLY FILED
3/25/2024 1:12 PM
01-DV-2024-901820.00
DISTRICT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

PARKWAY REALTY AS AG F/BEAR CLAW LLC, )
Plaintiff, )
)
)
V. )    Case No.:    DV-2024-901820.00
)
FRANKLIN DALISSA, )
Defendant. )

**DO NOT ACCEPT THIS OFFER**

**AND ORDER**

### PLEASE READ THIS ENTIRE ORDER!

**I DO NOT CONSENT TO THESE PROCEEDING**

This case is hereby set for a bench trial on April 29, 2024 at 1:30 PM in Courtroom 560 of the Jefferson County Courthouse located at 716 Richard Arrington Jr. Blvd North, Birmingham, AL 35203, Civil Division, before Judge Shera Grant.

Court will start **PROMPTLY** at the time listed above. A judgment or adverse ruling may be entered against you if you are more than fifteen (15) minutes late.

Defendants not represented by an attorney may be eligible to receive free legal assistance. If you cannot afford to hire an attorney, you may contact Legal Services of Alabama at 1-866-456-4995 or the Birmingham Volunteer Lawyers Program at 205-250-5198 **BEFORE** the scheduled court date. **NO CONTINUANCES WILL BE GRANTED TO OBTAIN AN ATTORNEY.**

**Without Prejudice [UCC-1-308]**

Defendants should provide a contact number and/or email address on all filed paperwork. If no contact information is listed, please call 205-325-5593 immediately to provide contact information.

Included with this Order is a form to elect to receive court notices by email or text. If interested, complete this form and return it to the Office of the Court Clerk. The Office of the Court Clerk is located on the 4th floor of the Jefferson County Courthouse at 716 Richard Arrington Jr. Blvd. North, Birmingham, AL 35203.

### A copy of this Order shall be mailed to the defendant(s).

001    BTRL    PY/DY    03-26-2024

**DONE this 25th day of March, 2024.**

/s/ SHERA C. GRANT
**DISTRICT JUDGE**

| State of Alabama Unified Judicial System<br><br>Form PS-24   Rev. 4/2018 | ELECTION TO RECEIVE COURT NOTICES BY E-MAIL OR TEXT IN LIEU OF FIRST-CLASS MAIL | |

In the District/Circuit Court of _____ County, Alabama

CASE NUMBER(S). **I DO NOT ACCEPT THIS OFFER**

**AND**

I, _____, a party to the above listed case, hereby elect to receive court notices in this matter by e-mail and/or text. I understand that by choosing notice by e-mail/text, I will not receive notice through the postal service.

**I DO NOT CONSENT TO THESE PROCEEDING**

I understand to cancel this election to receive notice by e-mail/text, I must do so in writing to the Circuit Clerk.

I recognize my election to receive notice by e-mail/text or to cancel that election does not affect the service due my attorney through the court's electronic filing system, or to myself if I am a registered user of the electronic filing system.

**Without prejudice**

I understand that it is my responsibility to immediately notify the clerk's office should my e-mail address, phone number, or other contact information change, or if there are any other problems that would prevent receiving notice from the court.

**[Ucc-1-308]**

By agreeing to receive text messages about my case, I understand that STANDARD FEES AND TEXT MESSAGING RATES MAY APPLY BASED ON MY PLAN WITH MY MOBILE DEVICE CARRIER. I understand that I am responsible for any such fees. I understand that the court cannot guarantee text message delivery. Text messages are merely a courtesy, and it is my responsibility to monitor my registered email address regularly for all notices.

SIGNED: _____     DATE: _____

PRINTED NAME: _____

PRINTED E-MAIL ADDRESS: (Required. Please Print Legibly)

_____@_____ CELL

PHONE NUMBER: _____

CELL PHONE CARRIER: _____

# EXHIBIT ___3___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
## ON

### 6TH of May two thousand twenty-four

### As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00  on

### 3rd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

### Without prejudice, without recourse UCC 1-308,
## ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

**Registered Mail #:** RA 183 791 951 US
**Date: 3 April 2024**

> **FROM:** Franklin Shanta Jalissa
> Authorized Representative/ BENE
> In Care Of JALISSA SHANTA FRANKLIN.
> C/O Post Office Box 1753.
> 351 24th Street North.
> Birmingham, Nation Alabama.
> [35201-1753].

**TO:** Winston, Winston, Jenkins & Chastain, LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, AL 35209

**RE: Instruction Letter for Accepted for Value Presentment of Account #: 65288.**

Dear Mr. Norman G. Winston Jr.,

I acknowledge receipt of your statement dated 11th March 2024 in the amount of **$5502.09**. As Franklin Shanta Jalissa, I hereby Accept for Value all related endorsements of this matter and tender this Money Order in good faith as Payment pursuant to 3-419, HJR 192, and The Emergency Banking Act of 1933, Public Law 73-10.

Deposit this with the US Treasury Department using the Social Security Trust of JALISSA SHANTA FRANKLIN 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 to access my unlimited credit, adjust the above account to reflect the deduction of the amount in full, and cease and desist all collection/eviction regarding this alleged debt.

If you do not accept this Tender of Payment, you will be in Dishonor and the amount is automatically discharged pursuant to [UCC 3-603]. Additionally, you are required to return the Presentment and any other submitted documents to me accompanied by a detailed reason for the non-acceptance. The rejection letter must be VERIFIED with a first and last name of the person rejecting the presentment and signed with a wet ink signature witnessed by a Notary under penalty of

perjury. I also request validation of the alleged debt by providing a TRUE BILL in commerce including wet-ink signatures.

Failure to return the presentment back along with "ALL" the requested documentation as stated above within 72 hours of the date received will be deemed as your acquiescence to the enclosed presentment being a lawful tender of payment.

Please be advised that non-compliance with this notice may result in further action. For any additional information or clarification required, please contact me in writing via certified mail with wet-ink signatures only.

_3 April 2024_

Date

_:franklin-shanta :jalissa_

:franklin-shanta :jalissa, Authorized Representative/ BENE
In Care Of JALISSA SHANTA FRANKLIN

STATE OF ALABAMA, COUNTY OF JEFFERSON COUNTY, ss:

On this _3_ day of _April_ , _2024_ , before me, _Ronald Largin Jr_ , personally appeared :franklin-shanta :jalissa, Attorney in Fact for Jalissa Franklin, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same as for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

_____Notary Public
_Notary_ _____Title (and Rank)

My commission expires _8-9-24_



RONALD LARGIN JR.
My Commission Expires
August 9, 2026

Cc: Jefferson County Courthouse, Room 560
Attn: Shera C. Grant, District Judge
716 N. Richard Arrington Blvd.
Birmingham, AL 35203

Cc: Jefferson County Courthouse, Room 500
Attn: Jacqueline Anderson Smith, Clerk of Court
716 N. Richard Arrington Blvd.
Birmingham, AL 35203

Cc: Office of Postmaster
Attn: Jackie Ogden
351 24th Street North
Birmingham, AL 35201

Cc: Office of General Counsel
Attn: Thomas Marshall
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260-1101



**POSTAL MONEY ORDER**

UNITED STATES POSTAL SERVICE

Serial Number

**29259120587**

Acct No. 65288

1-DV-2024-901820.00

Year, Month, Day 2024-03-28    Post Office 352000    U.S. Dollars and Cents

**$5.00**

Five Dollars and 00/100 ******************************

Amount

Pay to Winston, Winston, Jenkins & Chastain, LLC    I accept your offer in the amount of $5,502.09 02    Clerk

Address 1744 Oxmoor Road    For value and consideration and tender this payment    From

Homewood, AL 35209    for the complete amount in accord and satisfaction

Memo UCC 3-603,15 USC1466 upon redeeming this instrument in good

2 CFR. 1026.13, UCC 3-311    faith to satisfy all claims.

UCC 2-206, UCC 3-311 UCC3-308    SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

**:000000800 2:**    29259120587 by without recourse UCC 1-308

UCC 3-415    Franklin: shanta jalissa

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to: Winston, Winston, Jenkins + Chastain, LLC<br>Attn: Norman G. Winston Jr.<br>1744 Oxmoor Road<br>Homewood, AL 35209 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>Settle In Full Acct No. 65288<br>Negotiable Instrument No.<br>29259120587/Case No. 01-DV-2024-90 1820.00 | |
| ‖‖‖‖‖ ‖‖ ‖‖‖‖‖‖‖ ‖‖ ‖‖‖ ‖‖ ‖‖ ‖‖<br>9590 9402 8660 3244 6440 47 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☑ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>RA 183 791 951 US | | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt | |

# EXHIBIT ___4___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

**FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**

1729 5TH Avenue North, Birmingham, Alabama, 35203

ON

6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of

Case Number: DV-2024-901820.00 on

3rd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

Exhibit 4

# WINSTON, WINSTON, JENKINS & CHASTAIN, LLC

### ATTORNEYS AT LAW

NORMAN G. WINSTON, JR.
HON. ROBERT P. (Bobby) BYNON, JR. (Ret.)

DAVID J. CHASTAIN (OF COUNSEL)
RAYMOND C. WINSTON (OF COUNSEL)

W. A. JENKINS JR (1920-1995)

1744 OXMOOR ROAD
HOMEWOOD, AL 35209

PHONE: (205) 933-2300
FAX: (205) 933-2321

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

March 11, 2024

RE: Parkway Realty as ag f/ Bear Claw LLC
vs.
Jalissa Franklin
File No.: 65288 **(KEEP THIS NUMBER FOR CONTACTING OUR OFFICE)**
Case No.: DV24-901820
Balance due to date : $5,502.09

Dear Jalissa Franklin:

Please be advised this office represents Parkway Realty as ag f/ Bear Claw LLC with respect to the above matter.

Your Landlord has given us permission to discuss this matter with you. The balance above is subject to change. Contact this office for your exact amount upon receipt of this letter.

Sincerely,

Norman G. Winston, Jr.

NGW/pdd

### NOTICE TO DEBTOR

Unless within sixty (60) days of your receipt of this letter you notify this office that you dispute the validity of this debt, or any portion thereof, the debt will be assumed to be valid debt. The law does not require me to wait until the end of the 60 day period before proceeding with further legal action. If, however, you request proof of the debt or the name and address of the original creditor within the 60 day period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) until I mail the requested information to you. Any information obtained will be used for the purpose of collecting this debt.

### AVISO AL DEUDOR

A menos que dentro de los sesenta (60) días de recibir esta carta notifique a esta oficina que usted disputa la validez de esta deuda, o cualquier parte de la misma, la deuda será asumida como deuda válida. La ley no me obliga a esperar hasta el final del período de 60 días antes de iniciar acciones legales. Si, sin embargo, usted solicita la prueba de la deuda o el nombre y dirección del acreedor original dentro del período de 60 días que comienza con su recepción de esta carta, la ley me exige suspender mis esfuerzos (a través de litigios o de otra manera) hasta que le envíe la información solicitada. Cualquier información obtenida será utilizada con el propósito de cobrar esta deuda.

## WINSTON, WINSTON, JENKINS & CHASTAIN, LLC

### ATTORNEYS AT LAW

NORMAN G. WINSTON, JR.
HON. ROBERT P. (Bobby) BYNON, JR. (Ret.)

DAVID J. CHASTAIN (OF COUNSEL)
RAYMOND C. WINSTON (OF COUNSEL)

W. A. JENKINS JR (1920-1995)

1744 OXMOOR ROAD
HOMEWOOD, AL 35209

PHONE: (205) 933-2300
FAX: (205) 933-2321

March 11, 2024

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

File No.: 65288

**WINSTON, WINSTON, JENKINS & CHASTAIN, LLC is a debt collector.** We are trying to collect a debt that you owe to Parkway Realty as ag f/ Bear Claw LLC. We will use any information you give us to help collect the debt.

**OUR INFORMATION SHOWS:** You had a lease with Parkway Realty as ag f/ Bear Claw LLC for property located at: 1583 Wilderness Lane Birmingham, AL 35235

| | |
|---|---|
| As of March 11, 2024 you owed: | $3,754.20 |
| Between 03/11/2024 and 03/11/2024: | |
| You were charged interest: | $0.00 |
| You were charged fees: | $1,476.40 |
| You were charged court costs: | $271.49 |
| You paid this amount toward the debt: | $0.00 |
| **Total amount of the debt today:** | $5,502.09 |

**How can you dispute the debt?**

1. Call or write to us by 5/10/2024 to dispute all or part of the debt. If you do not, we will assume that our information is correct.
2. If you write to us by 5/10/2024 we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

**What else can you do?**

1. Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by 5/10/2024 we must stop collection until we send you that information. You may use the form below or write to use without the form.
2. Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
3. **Contact us about your payment options**
   Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

---

**Mail this form to:**
**Winston, Winston, Jenkins & Chastain, LLC**
Attorneys at Law
1744 Oxmoor Road
Homewood, AL 35209
Attn: Dispute Department

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

**How do you want to respond?**   (*Circle all that apply*)

I want to dispute the debt because I think:
- This is not my debt.
- The amount is wrong
- Other (please describe on attachment)
- **I want you to send me the name and address of the original creditor.**

**I have enclosed the FULL amount:** $ _____
Make your payment instrument payable to: (Cashier's ck; money order)
Winston, Winston, Jenkins & Chastain, LLC
Account #: 65288

# EXHIBIT ___5___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order
## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
## 1729 5TH Avenue North, Birmingham, Alabama, 35203
## ON

### 6TH of May two thousand twenty-four

### As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00 on

### 3rd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

### Without prejudice, without recourse UCC 1-308,
### ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

Exhibit 5

**Certified Mail #:** 9589 0710 5270 0991 0116 31
**Date: 3 April 2024**

> **FROM:** Franklin Shanta Jalissa
> Authorized Representative/ BENE
> In Care Of JALISSA SHANTA FRANKLIN.
> C/O Post Office Box 1753.
> 351 24th Street North.
> Birmingham, Nation Alabama.
> [35201-1753].

**TO:** Jefferson County Courthouse
Attn: Shera C. Grant, District Judge
716 N. Richard Arrington Blvd. Room 560
Birmingham, AL 35203

# Re: Notice to Cease and Desist Eviction, Debt Collection and any other Eviction Related Activities for Court Case 01-DV-2024-901820.00

Dear Ms. Shera C. Grant,

I am writing to formally request that you cease and desist all actions related to the eviction case with the following details:

Eviction Case Number: 01-DV-2024-901820.00
Property Address: 1583 Wilderness Lane Birmingham, Alabama [35235]

As I have previously communicated, "I do not consent nor do I wish to contract with any court, third-party debt collectors, or any other entities regarding this matter. Despite this, I have made a good faith effort to resolve this situation by submitting a Tender of Payment, along with instruction, as evidenced by Exhibit 2 & 3. However, it is important to note that the alleged debt, as indicated in Exhibit 1, is inaccurately portrayed, constituting a violation of my rights under false pretenses.

Furthermore, I assert my rights as a consumer and invoke my status as administrator and executrix over this matter, being of the age of majority. Given that PARKWAY REALTY and WINSTON, WINSTON, JENKINS & CHASTAIN, LLC are corporations, they are considered minors and lack legal standing or jurisdiction.

In accordance with the Uniform Commercial Codes and United States Codes, I assert that all debts are already settled. Additionally, as outlined in the Negotiable Instrument and Instructions provided to WINSTON, WINSTON, JENKINS & CHASTAIN, LLC on 3 April 2024 (Exhibit 2 & 3). I extended my unlimited credit in good faith to PARKWAY REALTY/WINSTON, WINSTON, JENKINS & CHASTAIN, LLC to settle this account in full.

I demand an immediate cessation of all debt collection practices, eviction proceedings or any eviction-related actions against me. Failure to comply will result in legal action against all involved parties for harassment, wrongful eviction, and any resulting damages incurred.

Please acknowledge receipt of this letter and confirm in writing your commitment to ceasing all eviction-related activities immediately. Any further attempts to evict me from the premises are unjustified and unlawful.

Your prompt attention to this matter is appreciated.

Sincerely.

:franklin-shanta :jalissa

:franklin-shanta :jalissa
Authorized Representative/BENE
In Care Of JALISSA SHANTA FRANKLIN

STATE OF ALABAMA, COUNTY OF JEFFERSON COUNTY, ss:

On this __3__ day of __April_____, __2024__, before me,
___Ronald Largin Jr_____, personally appeared :franklin-shanta
:jalissa, Attorney in Fact for Jalissa Franklin, known to me (or satisfactorily
proven) to be the persons whose names are subscribed to the within instrument and
acknowledged that they executed the same as for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

_____Notary Public
_____Title (and Rank)

My commission expires ___8-2-24___



RONALD LARGIN JR.
My Commission Expires
August 9, 2026

**Cc:** Jefferson County Courthouse, Room 500
Attn: Jacqueline Anderson Smith, Clerk of Court
716 N. Richard Arrington Blvd.
Birmingham, AL 35203

**Cc:** Office of Postmaster
Attn: Jackie Ogden
351 24th Street North
Birmingham, AL 35201

**Cc:** Office of General Counsel
Attn: Thomas Marshall
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260-1101

**Cc:** Winston, Winston, Jenkins & Chastain, LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, AL 35209

# EXHIBIT __6__ part 1
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
### ON

### 6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00  on

### 22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL™**

RF 728 674 620 US

Label 200,    May 2005                    PSN 7090-03-000-9311

United States Postal Service
REGISTERED MAIL

Void When Prohibited by Lawful Authority

Date: April 22, 2024
**Registered/Certified Mail Number:**

RA 183 815 777 US

Label 200, July 1999 *          102595, 99-M-1904

PARKWAY REALTY AS AG F/BEAR CLAW LLC
WINSTON, WINSTON, JENKINS & HASTAIN, LLC
*Parties of Interest, Plaintiffs*

Franklin Shanta Jalissa™©, a living woman

Beneficiary of estate JALISSA SHANTA FRANKLIN™©

*Defendant*

**CASE NUMBER: 01-DV-2024-901820.00**

FILED IN OFFICE
DISTRICT CIVIL DIVISION
APR 22 2024
JACQUELINE ANDERSON SMITH
CLERK

## Affidavit of Jurisdictional Challenge and Dishonor
## of the *"parties of interest" plaintiffs* and to the court
## by special appearance.

*An **appearance de bene esse** is designed to permit a party to a proceeding to refuse to submit his person to the jurisdiction of the court unless it is finally determined that he has forever waived that right. Such an appearance is therefore a special appearance designed to allow the accused to meet and any supposed requirement of making an appearance, and at the same time, to refuse to submit to the jurisdiction of any alleged plaintiff (and therefore of the applicable court), unless and until some judicial department prosecutor makes all disclosures, specifically by producing a complaint of damage or injury, signed and verified by the injured party.*

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910

**"Once challenged, jurisdiction cannot be assumed, it must be proved to exist."** Stuck v. Medical Examiners 94 Ca 2d 751. 211 P2d 289

"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215

"The burden of proving jurisdiction **rests upon the party asserting it.**" Binde11 v City Of Harvey, 212 I11.App.3d 1042, 571 N.E.2d 1017(1st Dist. 1991)

**"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted."** Lantana v. Hopper,102 F. 2d 188; Chicago v. New York 37 FSupp. 150

*"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, **BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is***

Jurisdictional Challenge by special appearance, Notice of Dishonor of Plaintiffs, and Counterclaim          1
CASE NUMBER: 01-DV-2024-901820.00

Void When Prohibited by Lawful Authority

*necessarily the exercise of jurisdiction." RHODE ISLAND MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838).*

*"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739*

*"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8: 331 US 549, 91 K, ed, 1666m 67 S, Ct. 1409*

*"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907)*

*"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F 2d 416*

*"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." US v Will, 449 US 200,216, 101 S Ct. 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)*

## FOR THE RECORD

I, Franklin Shanta Jalissa, a living woman, Sui Juris, one of the people, a natural, private common **woman** and now the age of majority, within Alabama Republic, affirm that I have never waived any of my unalienable rights at any time or place. **By special appearance, not PRO SE,** I formally challenge and demand proof of personal jurisdiction, subject jurisdiction, subject matter jurisdiction appearing on the record and for the record on the face of the court record, of the so called *"parties of interest" plaintiffs*, being **PARKWAY REALTY; AG F/BEAR CLAW LLC; WINSTON, WINSTON, JENKINS & HASTAIN, LLC; DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA , STATE OF ALABAMA et al.,** or any other de facto corporation/agencies' right or proof of jurisdiction to interfere with my God given unalienable rights in relation to my private dwelling, without my consent. I further demand lawful proof under penalty of perjury, of jurisdiction of the court, appearing on the record, in all actions against me in **CASE NUMBER: 01-DV-2024-901820.00**

This serves as a **VERIFIED NOTICE AND DEMAND** TO PRESENT MAJOR OBJECTIONS TO THE CONTINUING, NON-CONSTITUTIONAL ACTIONS, ABSENT PROOF OF JURISDICTION APPEARING ON THE RECORD WITH RELIEF BEING TO DISMISS THESE ACTIONS AND ALL PRIOR JUDGEMENTS **WITH PREJUDICE.**

## THIS IS NOT A MOTION

I am writing **as a special appearance** to formally challenge the jurisdiction of this court in the eviction case referenced above and to address the dishonor exhibited by the *plaintiffs*. It has become apparent through the course of this proceeding that there are significant deficiencies in

Jurisdictional Challenge by special appearance, Notice of Dishonor of Plaintiffs, and Counterclaim   2
CASE NUMBER: 01-DV-2024-901820.00

Void When Prohibited by Lawful Authority

both jurisdictional authority and procedural adherence by the *plaintiffs,* being that there is not a current contract with my wet ink signature agreeing to the alleged debt or any other matters pertaining to this case.

1. **Lack of Jurisdictional Authority:** The court and the *plaintiffs* has failed to demonstrate the court's jurisdiction over this matter. Despite the repeated attempts to decline participation to this court proceeding and the lack of a proper Notice given before the eviction case was filed, the *plaintiffs* and the court has failed to provide adequate evidence to support the validation of jurisdiction. Additionally, the *plaintiffs* have neglected to respond to Notices that I have sent within the specified timeframe further undermining the court's authority to adjudicate this case.

2. **Dishonor of Tender of Payment:** I have tendered payment to the *plaintiffs* in accordance with contract law, color of law, common law principles, the Uniform Commercial Codes, and other equitable principles. However, the *plaintiffs* have unlawfully dishonored my tender of payment made in good faith by refusing to accept it, failing to discharge the alleged debt, and neglecting to provide a valid rejection notice with a wet ink signature.

3. **Failure to Validate Debt:** Despite my repeated requests, the *plaintiffs,* have also failed to validate the alleged debt with a TRUE BILL IN COMMERCE as required by law. Despite the requests for validation, the *plaintiffs* have disregarded their obligation to provide evidence of the debt's legitimacy.

4. **Lack of Procedural Compliance:** The *plaintiff's* failure to adhere to basic procedural requirements, including but not limited to; the proper maintenance needed to ensure the safety of my family and me, costly utility bills due to a reported leak located somewhere in or around the dwelling, the timely response to Notices, and the provision of a valid rejection notice, demonstrates a blatant disregard for due process and fairness in this matter.

This letter also serves **as a special appearance** by Franklin Shanta Jalissa, the Sui Juris, beneficiary, and living soul In care of JALISSA SHANTA FRANKLIN. Before I enter any unknown jurisdiction of any court, I have a few questions for the judge to answer:

1. Do you claim to derive your authority over me based upon your oath of office and any other requirement of the state? Yes or No
   If so, may I have a copy of those to make sure they are current and up to date before I arrive to court?

2. Do you claim to derive your authority over me based on statue? Yes or No
   If so, where is my paycheck stub, 401k, company car, or any other benefits of being an employee since you are claiming I am an employee of the state?

3. Do you claim to derive your authority over me based upon the doctrine of Parents Patriae? Yes or No

4. Can the court, *plaintiffs,* and any other involved parties/entities/corporations under penalty of perjury produce a current contract between the *Defendant,* and the above-mentioned parties in which the *Defendant* knowingly granted voluntary consent in any contract to waive any of my rights pertaining to **CASE NUMBER: 01-DV-2024-901820.00**?

Jurisdictional Challenge by special appearance, Notice of Dishonor of Plaintiffs, and Counterclaim    3
CASE NUMBER: 01-DV-2024-901820.00

Void When Prohibited by Lawful Authority

5. Can the court, *plaintiffs*, and any other involved parties/entities/corporations under penalty of perjury prove that the *Defendant*, is subject to any rules, regulations, statues, or codes pertaining to **CASE NUMBER: 01-DV-2024-901820.00**?

6. Can the court, *plaintiffs*, and any other involved parties/entities/corporations under penalty of perjury prove that **CASE NUMBER: 01-DV-2024-901820.00** was **NOT** enforced under *"color of state law"*?

See...

Black's Law Dictionary, Fifth Edition, p. 241, color of law: *The appearance or semblance, without the substance, of legal right. **Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state,** is action taken under "color of state law."* Atkins v. Lanning, D.C.Okl., 415 F.Supp. 186, 188.

Also see...

USC TITLE 18 > PART I> CHAPTER 13 > § 241 **Conspiracy against rights:** *"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same or have intent **to prevent or hinder his free exercise or enjoyment of any right** or privilege so secured- They shall be fined under this title or imprisoned not more than ten years, or both.*

Considering these egregious violations and/or claims made against my person and me, I respectfully demand that the court dismiss the eviction case and take appropriate action to address the *plaintiff's* dishonorable conduct. Furthermore, I assert my right to pursue lawful remedies for the damages incurred as result of the *plaintiff's* misconduct. Refer to the counter claim included in this document.

*"Persons are not the subjects of commerce, and not being imported goods, they do not fall within the meaning founded upon the constitution, of a power given to congress, to regulate commerce, and the prohibition of the states for imposing a duty on imported goods."* Ibid; gibbons v. Ogen 9 Wheat 1; 5 Cond. Rep. 562 Article 1 Section 8.1 and 9.1

# Counterclaim

I, Franklin Shanta Jalissa, a living woman, beneficiary of JALISSA SHANTA FRANKLIN estate, and the defendant in the **CASE NUMBER: 01-DV-2024-901820.00,** hereby submit this counterclaim in response to the complaint filed on March 11, 2024. I assert the following claims against *PARKWAY REALTY, AG F/BEAR CLAW LLC, and WINSTON, WINSTON, JENKINS & HASTAIN, LLC:*

1. **Breach of Previous Contract:** Despite being obligated under the implied warranty of habitability and any express or implied terms of our previous lease agreement, you have failed to provide a safe and habitable dwelling. You also failed to contact me in a timely matter about the conditions of a month-to-month lease when the previous lease expired

Void When Prohibited by Lawful Authority

on June 30, 2023. Your neglect of maintenance issues (see Attachments) also constitutes a breach of our previous contract.

2. **Negligence:** Defendants' failure to address repeated maintenance issues and ensure a safe habitability of the rented premises constitutes negligence. I have also reported numerous times of a water leak, which has caused my utility bill to be significantly expensive and even disconnected causing a safety hazard for my kids and me. As the landlord, you have a duty to maintain the property in a safe and habitable condition, which you have failed to uphold. (See Attachments)

3. **Violation of Landlord-Tenant Laws:** Defendants' actions, such as failure to provide prompt responses to Notices, maintenance requests, and essential services; harassment; intimidation; and unlawful eviction violate various landlord-tenant laws designed to protect tenants' rights. Your disregard for these laws has directly harmed my family and me.

4. **Harassment and Intimidation:** Defendants have engaged in harassing and intimidating behavior regarding an alleged debt by repeatedly calling, emailing, and filing an unlawful eviction. Their attorney, acting as a third-party debt collector, has also engaged in similar behavior regarding an alleged debt that neither of you have properly validated. Nor have I received a TRUE BILL IN COMMERCE as I have requested. This behavior is a violation of fair debt collection practices and has caused undue stress and emotional distress to my family and me.

5. **Invalid and Unenforceable Lease Agreement:** There is no valid and enforceable lease agreement between us even after I requested a month-to-month lease in September 2023. So, any alleged agreement lacks essential terms, wet ink signatures, and other elements required for a legally binding contract between the involved parties. Therefore, any attempts to enforce such an agreement are without merit.

**Factual Basis:**

- Despite requests, defendants have failed to address significant maintenance issues in the rented premises, including plumbing problems, structural concerns, etc.
- Defendants' negligence in addressing these issues has resulted in unsafe living conditions and costly utility bills due to the inefficiency of the premises.
- Defendants' attorney has engaged in harassing and intimidating communication regarding an unvalidated debt.

**Relief Requested:** I request the following relief from the court:

- Damages for breach of contract, negligence, and violation of landlord-tenant laws, including reimbursement for costs incurred due to the unsafe living conditions and utility bills. (See Attached Invoice)
- Injunctive relief to cease all harassing and intimidating communication regarding the alleged debt until it is validated.
- Declaration of the lease agreement as invalid and unenforceable.
- Any other just and equitable relief deemed appropriate by the court.

Void When Prohibited by Lawful Authority

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. (See Attachments)

I appreciate your attention to this matter and trust in the court's commitment to justice. For further information or documentation, contact me at the provided mailing location or email address listed below. I also request a response from the judge and all involved parties with valid and accurate documentation, including wet ink signatures from the judge and all involved parties signed under the penalty of perjury via certified mail within 72 hours of receiving this packet.

Sincerely,

*:Franklin shanta jalissa*

franklin shanta jalissa™© Suri Juris/Beneficiary
In care of JALISSA SHANTA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com

Jurisdictional Challenge by special appearance, Notice of Dishonor of Plaintiffs, and Counterclaim    6
CASE NUMBER: 01-DV-2024-901820.00

Void When Prohibited by Lawful Authority

# Certificate of Proof of Service

I, __Franklin Shanta Jalissa__, hereby certify that on this __19__ day of __April__, 2024.

The enclosed Jurisdictional Challenge by special appearance, Dishonor of Plaintiffs, Counter Claim, copy of complaint to the Attorney General's Office, and Certificate of Proof of Service was sent via United States Post Office Certified/Registered Mail and/or hand delivery to the following recipients:

Jefferson County Courthouse
Attn: Shera C. Grant, District Judge
716 N. Richard Arrington Blvd. Room 560
Birmingham, AL 35203

Jefferson County Courthouse, Room 500
Attn: Jacqueline Anderson Smith, Clerk of Court
716 N. Richard Arrington Blvd.
Birmingham, AL 35203
(205) 325-5331

Winston, Winston, Jenkins & Chastain, LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, AL 35209
(205) 933-2300

PARKWAY REALTY AS AG F/BEAR CLAW LLC
Attn: Heather Barnett, Property Manager
5290 Old Springville Rd
Pinson, AL 35126
(205) 854-8490

Void When Prohibited by Lawful Authority

# Jurat Certificate

Alabama Republic

County of Jefferson,

On this day _19th_ of _April_____, 2024, I,_Franklin Shanta Jalissa_, the sovereign sentient living woman personally appeared before the notary, _Tyler Williams_____ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama. Witness my hand and official seal.

_Tyl Williams_____
Notary Signature

_Notary Public_____
Title & Commission Number

My commission expires _2-8-27___

_459 Main St_____
_Trussville, AL_____
_35173_
Address



RA 183 815 777 US

Label 200, July 1999          (102595) 99-M-1904

Jurisdictional Challenge by special appearance, Notice of Dishonor of Plaintiffs, and Counterclaim      8
CASE NUMBER: 01-DV-2024-901820.00

Void When Prohibited by Lawful Authority

# Jurat Certificate

Alabama Republic

County of Jefferson,

On this day 19ᵀᴴ of _APRIL_____, 2024, I, _Franklin Shanta Jalissa_ , the sovereign sentient living woman personally appeared before the notary, _CARIDAD STEPHENS_ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama. Witness my hand and official seal.

_____
Notary Signature

_NOTARY_____
Title & Commission Number

My commission expires _August 7, 2027_

_1430 Gadsden Hwy Ste 101_
_Birmingham, AL 35235_

_____
Address

Seal

CARIDAD STEPHENS
My Commission Expires
August 7, 2027



RA 183 815 777 US

Label 200, July 1999          (102595) 99-M-1904

Void When Prohibited by Lawful Authority

# Jurat Certificate

Alabama Republic

County of Jefferson,

On this day _22_ of _APRIL_ , 2024, I, _Franklin Shanta Jalissa_ , the sovereign sentient living woman personally appeared before the notary, _Lawrence J Anderson_ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

_ALABAMA NOTARY AT LARGE_
Title & Commission Number

My commission expires ___10/22/2024___

_____

_____

Address _209 20TH ST N. BIRMINGHAM, AL 35203_

Seal

LAWRENCE J ANDERSON
NOTARY PUBLIC
ALABAMA STATE AT LARGE
My Commission Expires October 22, 2024



United States Postal Service
**REGISTERED MAIL**

RA 183 815 777 US

Label 200, July 1999          (102595) 99-M-1904

Jurisdictional Challenge by special appearance, Notice of Dishonor of Plaintiffs, and Counterclaim    10
CASE NUMBER: 01-DV-2024-901820.00

# EXHIBIT ___6___ part 2
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5ᵀᴴ Avenue North, Birmingham, Alabama, 35203
### ON

### 6ᵀᴴ of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00 on

### 22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332

UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

RF 728 674 620 US

Label 200   July 2005   PSN 7690-03-000-9311

TECHNICIAN CONTACTED

Requested by Property Manager on 06/26/23

Maintenance Request #1393-1

A technician was contacted for this request on 06/27/2023.

View details
Request Cancellation

Showing 3 of 4 |   Show More

# Closed Maintenance Requests

COMPLETED

The kitchen sink drips from time to time no matter which way I turn the handle.
There has always been a soft spot in the kitchen floor but now the tile is starting to break off in pieces whenever I sweep the kitchen floor.
Requested by You on 01/01/23

Maintenance Request #1174-1

This request was completed on 01/27/2023

COMPLETED

Requested by Property Manager on 11/01/22

Maintenance Request #1107-1

This request was completed on 11/01/2022

Showing 2 of 2

Parkway Realty

(205) 854-8490

Help · Terms · Privacy

Skip to main content

Hello

Jalissa Franklin

- Home
- Payments
- Maintenance
- Contact Us
- Shared Documents
- Insurance
- Property Details
- Account Profile
- Help
- Log Out

Property Address 1583 Wilderness Lane, Birmingham, AL 35235 Log Out

menu

Back to Maintenance Requests

# Maintenance Request #1393-1

Summary
Description
--
Notifications
--
Status Timeline

1. Accepted by Technician
   06/27/23 10:57 AM
   ☐
2. Assigned to Technician
   06/26/23 11:50 AM
   ☐
3. Received by Property Manager
   06/26/23 11:50 AM

Request Cancellation

Parkway Realty

(205) 854-8490

Help · Terms · Privacy

Skip to main content

Hello

Jalissa Franklin

- Home
- Payments
- Maintenance
- Contact Us
- Shared Documents
- Insurance
- Property Details
- Account Profile
- Help
- Log Out

Property Address 1583 Wilderness Lane, Birmingham, AL 35235 Log Out

menu

Back to Maintenance Requests

# Maintenance Request #1424-1

Summary
Description
Door knob came off when opening back door and also the water company said there is a leak somewhere in this house they put a hold on my account until it is repaired
Notifications
--
Status Timeline

1. Assigned to Technician
   08/01/23 11:07 AM
   ☐
2. Received by Property Manager
   07/06/23 9:44 AM

Request Cancellation

Parkway Realty

(205) 854-8490

Help · Terms · Privacy

Skip to main content

Hello

Jalissa Franklin

- Home
- Payments
- Maintenance
- Contact Us
- Shared Documents
- Insurance
- Property Details
- Account Profile
- Help
- Log Out

Property Address 1583 Wilderness Lane, Birmingham, AL 35235 Log Out

menu

Back to Maintenance Requests

# Maintenance Request #1664-1

Summary
Pipe Leak
Description
Water company said it's still leaking somewhere because my sewer billing is still significantly higher than normal. Can someone come out Monday to check for possible leaks while they have a hold on my account?
Notifications

--

Status Timeline

1. Accepted by Technician
   12/29/23 3:51 PM
   ☐
2. Assigned to Technician
   12/29/23 2:31 PM
   ☐
3. Received by Property Manager
   12/29/23 10:23 AM

Request Cancellation

Parkway Realty

(205) 854-8490

Help · Terms · Privacy


**BIRMINGHAM
WATER WORKS**

DATE: 04/10/2024

ACCOUNT NUMBER: 220010139207

JALISSA FRANKLIN
P.O. BOX 94913
Birmingham, AL 3522(

1583 WILDERNESS LN, BIRMINGHAM, AL 35235

Water service was discontinued in your name at the above service location on **04/04/2024**. Our records shov that your account balance is **$535.58** which includes a past due balance. If you have already sent your payment, we thank you and please disregard this notice.

For accounts that remain unpaid after interruption, services will be permanently disconnected. If your service is permanently disconnected, in addition to paying all outstanding charges, a restoral charge, installation charges, and a deposit may apply. If you desire to re-establish your service, please contact Customer Service at 205-244-4000.

If this amount is not paid by **06/09/2024** with cash, cashier's check, or money order, it will be turned over to an outside collection agency.

**Convenient Payment Options**
Online payment:  www.bwwb.org
By phone: Interactive Voice Response System 205-244-4000
Payment Center location: 3600 1st Ave N, Birmingham, AL 35222

Sincerely,
Birmingham Water Works
Collections Department

---

PLEASE RETURN THIS PORTION WITH PAYMENT

JALISSA FRANKLIN
P.O. BOX 94913
Birmingham, AL 35220

ACCOUNT NUMBER:  220010139207
AMOUNT:   $535.58
DATE: 04/10/2024

# ▉▉BIRMINGHAM ▉▉▉WATER WORKS

3600 1st Avenue North, Birmingham, AL 35222
205.244.4000 | www.bwwb.org

INVOICE DATE:     02/20/2024  [ DISCONNECT ]
ACCOUNT NUMBER:   220010139207
SERVICE PERIOD:   01/23/2024 - 02/20/2024

## ACCOUNT DETAILS

| INVOICE DATE: | 02/20/2024  [ DISCONNECT ] |
| ACCOUNT NUMBER: | 220010139207 |
| CUSTOMER NAME: | JALISSA FRANKLIN |
| SERVICE ADDRESS: | 1583 WILDERNESS LN |
| | BIRMINGHAM,AL 35235 |

## METER READINGS

| METER NO | SZ | PREVIOUS READ | PRESENT READ | CONS |
|---|---|---|---|---|
| 006051162 | 5/8" | 1132 01/22/24 | 1145 02/20/24 | 13 |
| TOTAL CCFS | | | | 13 |
| TOTAL GALLONS | | | | 9724 |

1 CCF = 748 GALLONS

## BILLING SUMMARY  (See Page 3 for billing details.)

| | |
|---|---|
| PREVIOUS INVOICE AMOUNT | $453.78 |
| TOTAL PAYMENT RECEIVED | $0.00 |
| TOTAL ADJUSTMENTS | $0.00 |
| BWWB WATER SERVICE | $86.47 |
| JEFFERSON COUNTY SEWER SERVICE | $149.93 |
| PAST DUE AMOUNT | $453.78 |
| **Total Amount Due  03/05/2024** | **$690.18** |

### ANNUAL WATER USAGE



☒ GALLONS

## DISCONNECT NOTICE

AS OF THE DATE OF THIS NOTICE, WE HAVE NOT RECEIVED PAYMENT OF ABOVE PAST DUE AMOUNT. TO AVOID INTERRUPTION OF YOUR WATER SERVICE, PAYMENT MUST BE RECEIVED IN OUR OFFICE IMMEDIATELY.

---

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Birmingham Water Works
Water & Sewer Utility Bill
P.O. Box 830269
Birmingham, AL 35283-0269

## DISCONNECT NOTICE

# 000007310    I=000000

 7310 1 AV 0.504
JALISSA FRANKLIN
PO BOX 94913
BIRMINGHAM AL 35220-4913

### PAY YOUR BILL ONLINE, BY PHONE, OR BY MAIL

HELP 2 OTHERS (H20) FOUNDATION
PLEASE BILL ME $1 EXTRA PER MONTH

| ACCOUNT NUMBER: | 220010139207 |
| TOTAL AMOUNT DUE by 03/05/2024 | $690.18 |
| PAYMENT AMOUNT: | |

Water & Sewer Utility Bill
P.O. Box 830269
Birmingham, AL 35283-0269

00220010139207000690180004537ᴙ5



# BIRMINGHAM WATER WORKS

3600 1st Avenue North, Birmingham, AL 35222
205.244.4400 | www.bwwb.org

**INVOICE DATE:** 09/23/2022
**ACCOUNT NUMBER:** 220010139207
**SERVICE PERIOD:** 08/25/2022 - 09/23/2022

## ACCOUNT DETAILS

**INVOICE DATE:** 09/23/2022
**ACCOUNT NUMBER:** 220010139207
**CUSTOMER NAME:** JALISSA FRANKLIN
**SERVICE ADDRESS:** 1583 WILDERNESS LN
BIRMINGHAM, AL 35235

## METER READINGS

| METER NO | SZ | PREVIOUS READ | PRESENT READ | CONS |
|---|---|---|---|---|
| 006051162 | 5/8" | 832 08/24/22 | 847 09/23/22 | 15 |

**TOTAL CCFS** 15
**TOTAL GALLONS** 11220
1 CCF = 748 GALLONS

## BILLING SUMMARY (See Page 3 for billing details.)

| | |
|---|---|
| PREVIOUS INVOICE AMOUNT | $216.65 |
| TOTAL PAYMENT RECEIVED | -$216.65 |
| TOTAL ADJUSTMENTS | $0.00 |
| BWWB WATER SERVICE | $85.03 |
| JEFFERSON COUNTY SEWER SERVICE | $161.01 |
| **Total Amount Due  10/07/2022** | **$246.04** |

### ANNUAL WATER USAGE

15000

12000

9000

Jul    Aug    Sep

☐ GALLONS

Wiser Water is a community outreach program that engages with senior citizens around our service area and educates them about the importance of clean water for our health and well-being. If you have a group who would like to participate with the Wiser Water program, email PublicRelations@bwwb.org.

························································································································

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Birmingham Water Works
Water & Sewer Utility Bill
P.O. Box 830269
Birmingham, AL 35283-0269

## PAY YOUR BILL ONLINE, BY PHONE, OR BY MAIL

HELP 2 OTHERS (H20) FOUNDATION
PLEASE BILL ME $1 EXTRA PER MONTH  ☐

**ACCOUNT NUMBER:** 220010139207
**TOTAL AMOUNT DUE by** 10/07/2022   $246.04
**PAYMENT AMOUNT:**

#  000000425  I=000000


425 1 AB 0.491
JALISSA FRANKLIN
1583 WILDERNESS LN
BIRMINGHAM AL 35235-2852

Water & Sewer Utility Bill
P.O. Box 830269
Birmingham, AL 35283-0269

00220010139207000024604000000009



**BIRMINGHAM
WATER WORKS**

JALISSA FRANKLIN
4513 13TH AVE N
BIRMINGHAM, AL 35212

DATE: Jun 5, 2023

NAME: JALISSA FRANKLIN

Account Number: 220010139207

Service Address: 1583 WILDERNESS LN, BIRMINGHAM, AL 35235

Dear Sir or Madam:

You are hereby on notice that The Water Works Board of the City of Birmingham has not received payment for the above referenced account. This account is delinquent as of today's date in the total amount of $473.40. Please pay the balance immediately to avoid any service interruption. The above mentioned amount does not include any new bills that may generate while this process is going on, that will also need to be paid in full.

If you have any questions concerning this account, please contact Customer Service at (205) 244-4000. Your immediate attention to this matter is greatly appreciated.

Sincerely yours,

Birmingham Water Works Board • PO Box 830269 Birmingham, AL 35283-0269 • Phone (205) 244-4000













Mail body:



Sent via the Samsung Galaxy S10+, an AT&T 5G Evolution capable smartphone



















# EXHIBIT ___7___
## ADMISSIBLE AS EVIDENCE

**Attachment(s) to:** Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5ᵀᴴ Avenue North, Birmingham, Alabama, 35203
## ON

## 6ᵀᴴ of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
## Case Number: DV-2024-901820.00 on

## 22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

## Without prejudice, without recourse UCC 1-308,
## ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

County Division Code: AL040
Inst. # 2024035302 Pages: 1 of 4
I certify this instrument filed on
4/18/2024 12:58 PM Doc: NOTICE
Judge of Probate
Jefferson County, AL. Rec: $25.00

Clerk: WilsonC

# Affidavit of Ownership

Alabama Republic}
} SS
Jefferson County}

**RE: Live Birth Certificate**

I, the undersigned, of lawful age and being first duly sworn on oath, depose and
state that I am familiar
with the facts recited, and the party named in said birth certificate is the same party
as one of the owners named in said certificate of title.

Signed this 18 day of _April_, 2024.

_:franklin-Shanta :jalissa_

by: franklin shanta jalissa™©

Sui Juris/Beneficiary

In Care Of JALISSA SHANTA FRANKLIN™©

## Jurat Certificate

Alabama Republic,

County of Jefferson,

On this day 18th of _APRIL_, 2024, I, _franklin Shanta jalissa_, the sovereign
sentient living woman personally appeared before the notary, _CARIDAD STEPHENS_
and was identified or acknowledged by a valid form of identification. I affirm under oath that the
contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

_NOTARY_
_____
Title & Commission Number

My commission expires _AUGUST 7, 2027_

1430 Gadsden Hwy STE 116
Birmingham AL 35235

_____
Address

Seal

CARIDAD STEPHENS
My Commission Expires
August 7, 2027

24027327-1

# United States of America



## DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Alabama, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-eighth day of March, 2024.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By_____

Assistant Authentication Officer, Department of State

**WES ALLEN**
SECRETARY OF STATE

ALABAMA STATE CAPITOL
MONTGOMERY, AL 36130

# STATE OF ALABAMA

I, Wes Allen, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the commission register on file and record in this office discloses that

## Nicole Henderson Rushing

is the duly appointed State Registrar of Vital Statistics. I further certify that said Nicole Henderson Rushing is the proper official to certify the records of the Division of Vital Statistics and that her signature appearing on the attached instrument is to the best of my knowledge, information and belief, genuine.

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

March 14, 2024



_____
**Date**

_W̶e̶s̶ ̶A̶l̶l̶e̶n̶_ (signature)

2024-03-2189

_____
**Wes Allen**                                    **Secretary of State**

FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics

**001139**

## ALABAMA
### CERTIFICATE OF LIVE BIRTH

**101    1993 - 04157**

| | | |
|---|---|---|
| 1. NAME Jalissa Shanta FRANKLIN | 2. DATE OF BIRTH February 01, 1993 | 3. TIME OF BIRTH 12:49 PM |
| 4. SEX Female | 5. THIS BIRTH Single | 6. IF NOT SINGLE BIRTH —— | 7. COUNTY OF BIRTH Jefferson |
| 8. CITY, TOWN OR LOCATION OF BIRTH Birmingham | 9. FACILITY NAME Baptist Medical Center-Montclair | |
| 10. SIGNATURE OF ATTENDANT OR CERTIFIER /S/ George C. Pitts | 11. DATE SIGNED February 2, 1993 | |
| 12. ATTENDANT'S NAME George C. Pitts | 15. CERTIFIER'S NAME | |
| 13. ATTENDANT'S ADDRESS 860 Montclair Rd  Bham AL  35213 | 17. CERTIFIER'S ADDRESS | |
| 14. TYPE OF ATTENDANT MD | 15. ATTENDANT'S LICENSE NUMBER 10124 | 18. CERTIFIER'S TITLE |
| 19. SIGNATURE OF EITHER PARENT /S/ Orlessia Franklin | 20. DATE SIGNED February 2, 1993 | 21. SSN REQUESTED |
| 22. REGISTRAR'S SIGNATURE Dorothy S. Harshbarger | | 23. DATE FILED February 04, 1993 |
| 24. MOTHER'S MAIDEN NAME Franklin | 25. MOTHER'S LEGAL NAME Orlessia Franklin | |
| 26. MOTHER'S DATE OF BIRTH March 26, 1972 | 27. MOTHER'S STATE OF BIRTH Alabama | 28. MOTHER'S USUAL RESIDENCE-STATE Alabama | 29. MOTHER'S RESIDENCE-COUNTY Jefferson |
| 30. MOTHER'S RESIDENCE-CITY OR TOWN AND ZIP CODE Birmingham    35215 | 31. MOTHER'S RESIDENCE-STREET ADDRESS 258 Haversham Drive | 32. IN CITY LIMITS No |
| 33. FATHER'S NAME Toborri L Washington | 34. FATHER'S DATE OF BIRTH Not Stated | 35. FATHER'S STATE OF BIRTH Alabama |

063819 06-02-2000 3

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2023-461-581-6

Nicole Henderson Rushing

October 23, 2023

# EXHIBIT ___8___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
### ON

### 6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00  on

### 22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
## ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332

UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

RF 728 674 620 US

Label 200   Just 2005                    PSN 7690-03-000-9311

Exhibit 8

Void When Prohibited by Lawful Authority

# Affidavit of Declaration of Sovereignty and Truth: Acknowledgement, Acceptance, and Deed of Reconveyance

To all courts, governments, departments, agencies, and other concerned parties:

I, **Franklin Shanta Jalissa™©**, affirm my status as a sovereign, sentient living woman. I exist solely under the authority of God and adhere to the principles of equity. As a peaceful inhabitant, I neither assert dominion over others nor submit to external control.

I affirm that I am of lawful age, sound mind, and good health, without coercion or undue influence. Accordingly, I hereby acknowledge, accept, and reconvey my lawful Trade name, **JALISSA SHANTA FRANKLIN**, to the land and soil of Alabama, my native state. This includes all derivative names and variations associated with me and my estate, regardless of formatting or representation. I declare their permanent domicile to be on the land and soil of Alabama an any sovereign land.

I clarify that I am not a citizen of the United States. While I engage in commerce under the recorded trust established on the **4th of February 1993**, bearing number **101 1993-04157**, known as **JALISSA SHANTA FRANKLIN**, I emphasize that I am solely the sovereign equitable title holder, Sui Juris, grantor, and beneficiary of this trust. I am never its trustee. It is the responsibility and liability of the state or its agents to manage and settle any matters related to trust administration.

The authority for this statement is rooted in the timeless respect for the inherent rights, property, freedoms, and responsibilities of sovereign sentient living beings, recognized universally.

I attest, as per the Affidavit of Truth, that **I do not qualify as a "person"** as defined in the statutes of the United States or the several states, which encompass artificial entities. I reject being treated as a federally or state-created entity, employee, or trustee, limited to specific rights, privileges, or immunities granted by governments.

All prior Powers of Attorney and Guardianships not submitted by the living sovereign woman are hereby terminated and revoked effective from my natural birth date, **1st of February 1993**. I demand recognition as the sole living owner, Sui Juris, beneficiary, and agent of my name and estate since my 21st birthday on 1st of February 2014.

Void When Prohibited by Lawful Authority

I choose to comply solely at my discretion and am not subject to any man-made laws aimed at establishing harmony and justice in society. Such laws and their enforcers hold no authority over me, as I am not subject to the status of a state-created entity (Ens legis).

In accordance with the eternal tradition of natural common law, I acknowledge that unless I have caused harm or violated someone or their property, I have committed no crime. Therefore, I am not subject to any claims or actions, including but not limited to orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, or expenses.

I draw attention to the U.S. Supreme Court case:

"He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for examination] to the State since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State and can only be taken from him by due process of law and in accordance with the Constitution. Among his rights are a refusal to incriminate himself and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 at 47 (1905).

**I therefore reserve my natural common law right not to be compelled to perform under any contract that I did not knowingly or unknowingly enter into, whether visible or invisible, express or implied, voluntary or involuntary, intentional or unintentional.** Furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

Any participation in supposed "benefits" associated with these hidden contracts, if at all, has occurred under coercion, duress, and lack of full disclosure due to the absence of any practical alternative. **While I may have received such "benefits," I have not accepted them in a manner that binds me to anything.**

**Such participation does not constitute "acceptance" in contract law,** as there was no full disclosure of any valid "offer" and voluntary consent without misrepresentation or coercion.

From the age of consent to the date affixed on the front page, **I have never knowingly, willingly, intelligently, or voluntarily signed a contract** waiving any of my inherent God-given common law rights.

This position aligns with the U.S. Supreme Court decision of Brady v. U.S., 379 U.S. 742 at 748 (1970), which states:
*"Waivers of Constitutional Rights not only must be voluntary, but they must also be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."*

Void When Prohibited by Lawful Authority

**Typical examples of such compelled and pretended "benefits" are:**
**The use of Federal Reserve Notes and other modern currency** to discharge debts. I do not use these voluntarily but due to the lack of viable alternatives in America, where silver and gold bullion have not circulated naturally since 1965 and the enactment of the Banking Act of 1933.

**The use of a bank account,** indicated by my signature/autograph on the bank signature card, does not validate any hidden contracts behind it. My signature/autograph serves solely for identity verification, and I am not obligated to fulfill any undisclosed contracts *due to the absence of full disclosure and knowing voluntary consent.*

Similarly, my use of a bank account is due to the absence of a non-Federal Reserve-affiliated bank. While I have been unable to issue my own currencies, this limitation violates the pre-1933 United States of America organic Constitution. The United States Congress's self-proclamation as a Municipal Corporation in 1871, in association with the Federal Reserve and the Banking Act of 1933, further limits alternatives.

*However, it should be noted* that acts of congress do not extend to the Republic (Santiago vs. Nogueras, 214 US 216 (1909)).

**The use of a Social Security number**, typically assigned to subjects, is done exceptionally under duress due to the inconvenience of operating without one in today's marketplace. I use it only because of the lack of alternatives, not by choice.

**The use of a driver's license**. As a living sovereign woman and beneficiary of the trust known as **JALISSA SHANTA FRANKLIN TRUST; Franklin Shanta Jalissa, JALISSA FRANKLIN, Franklin Jalissa,** and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me, a driver's license is not legally required for traveling, whether by boat, plane, train, automobile, or on foot. However, due to potential coercion and duress, I carry one to avoid inconvenience. However, *"Take Notice"* ...
"No State government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances." Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N.E. 22.

*And furthermore...*
"Traffic infractions are not a crime." People v. Battle, 50 Cal. App. 3, step 1, Super, 123 Cal. Rptr. 636, 639.

**State plates on my car:** are also not obligatory, as my car may not fit the lawful definition of a "motor vehicle" used for commercial purposes. Additionally, I am under no obligation to register it with the state or carry state plates. However, plates may be installed at my discretion to avoid possible threats, coercion, or abduction due to unlawful arrest and inconvenience, from uniformed policy enforcers **but DO NOT bind me to any contracts whatsoever**. *"Take Notice of Injunction"*.

Void When Prohibited by Lawful Authority

**Injunction:** I am now and forever indemnified against void statutes, codes, rules, regulations, or ordinances. Lawful remedy is inadequate compared to injunction, as threatened or attempted enforcement causes me irreparable injury by interfering with my God given unalienable common law rights. "Irreparable injury" means an injury of such a nature that fair and reasonable redress may not be had in a court of law, to refuse this injunction would be a denial of justice. NUNC PRO TUNC.

**Taxes:** I have not been provided with evidence of a law requiring me to report, file returns, or pay taxes based on my status as a sovereign living woman and beneficiary of a trust. The IRS and other tax agencies may have misapplied their codes. My finding is that their "Title 26" codes only apply primarily to *government employees and "persons"* (a legal term under their Title 5 USC), which I am not. It may apply to the trust/estate named **JALISSA SHANTA FRANKLIN** or similar derivatives created, but it is absolutely impossible for me for I am a sovereign living woman, not a corporation. I am the beneficiary of that trust, not the trust itself nor do I accept duty as trustee for the trust/estate name

**Birth Certificate:** A birth certificate is irrelevant to my sovereignty, as it merely identifies the name of a trust entity. **The state or its agents are the trustees, and I am strictly the beneficiary.** The birth certificate does not convey jurisdiction, property ownership, rights, or obligations. Only documents signed with full knowledge and consent as an adult/age of majority are lawfully meaningful concerning my status in society.

**Children in public school and health care:** The attendance of my children in government-supported "public" schools or government-controlled "private" schools does not impose any lawful tax obligations or other lawful duties upon me. I have not signed any contract agreeing to such obligations for the supposed "privilege" of public school attendance.

If any of my children have attended government-supported "public" or controlled "private" schools, it was done under duress and not by free will. I view compulsory state education as a violation of the Thirteenth Amendment to the U.S. Constitution, which states: *"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."*

Neither my children nor I, as a sovereign family under God **only**, are obligated to comply with any city, county, state, or federal laws, rules, codes, regulations, mandates, or future obligations regarding vaccines, medications, surgeries, or any health-related conditions that may arise.

**Declaration of Citizenship:** Any document in which I may have answered "yes" to the question, "Are you a U.S. citizen or a permanent resident alien?" cannot compromise my status as a sovereign living woman and beneficiary of the trust known as **JALISSA SHANTA FRANKLIN** or similar derivatives. Such documents cannot obligate me to act as a trustee in any capacity, as I am not an entity created by the state.

**I reject the assertion that I am a "United States" citizen subject to its jurisdiction.** I have found no evidence that any declaration of UNITED STATES citizenship was ever made with full written disclosure of the definition and consequences of such supposed "citizenship," such as

Void When Prohibited by Lawful Authority

**Title 18 U.S. Code § 911 - Citizen of the United States**, nor was I ever presented any document bearing my autograph, free and voluntarily without misrepresentation or coercion. Nor have I found any evidence proving that I am a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any corporate federal government, corporate state government, corporate county government, corporate city government, or corporate municipal body politic created under the authority of the Federal U.S. Constitution. I am a sovereign living woman, not subject to any corporate federal or state government or its agencies. **I hereby revoke any instrument alleging** that I have voluntarily elected to be treated as a United States citizen or resident of any territory under the sovereignty of the United States.

**Past voter registration:** Any voter registration on my part cannot be considered lawful evidence of any obligation or fully disclosed contract to perform. I have not granted jurisdiction over myself as a sovereign living woman and beneficiary to any political office. I reserve my inherent right to vote on elections or issues that affect society without needing anyone to rule over me. On the contrary, I have used the voting process only to instruct my public servants as trustees regarding the needs of its owner/beneficiaries of our estates.

**Use of the 2-letter state code and zip code:** My use of the 2-letter state code and zip code in my address has no effect on my status as a sovereign living woman or beneficiary nor does it place me under federal jurisdiction or under obligation as trustee. It is merely for the purpose of information and facilitating mail delivery through the U.S. Postal Service.

**Use of semantics:** Some individuals masquerading as "government" may attempt to mislead and steal from the beneficiaries of the public trust by manipulating definitions in the law. These people are in fact liable as trustees holding lawful title, and therefore have obligations to faithfully serve me as beneficiary and equitable title holder, to settle all things in my trust known as **JALISSA SHANTA FRANKLIN** or similar artificial derivatives of the estate. "We the people of the United States of America ARE the supreme government". Just because they alter definitions of words in the law books to their supposed advantage or avoid their duties as trustees, does not mean I accept those definitions. I have found that these trustees, in avoiding their duty and oath, cleverly and deceptively define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage. This kind of avoiding one's trust duty by the trustees is hereby recognized, and I find no evidence to the contrary. *"Also Take Notice"* ...

*18 U.S. Code § 912 - Officer or employee of the United States - Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.*

I have found and believe the administrative/admiralty courts have become entangled in the game of semantics under deceptive color of law only. This helps them avoid their duty as trustees to settle all matters for the beneficiary of those estate trusts. Let it be known to all courts and all parties, that if I have ever signed any document or spoken any words on record, using words

Void When Prohibited by Lawful Authority

defined by twists in the law books different from the common usage, there can be no effect whatsoever on my status as a sovereign living woman and beneficiary. Nor can such contracts be assumed valid if under non-disclosure or while a party is in dishonor of their duty as trustee. There can be no obligation to perform in any manner, while being deceived or tricked under the maxims of equity. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in the common dictionary that prevails, because it is more trustworthy. I reject any attempts to deceive or trick me under the guise of law.

**Such compelled and supposed "benefits" include,** but are not limited to, the examples mentioned above. My utilization of these alleged "benefits" is under duress only, and I always reserve my equitable title rights as beneficiary. I have not waived any of my intrinsic rights and freedoms by using these services. Additionally, my use of such compelled "benefits" may be temporary and not as a trustee who is liable, until better alternatives become available, practical, and widely recognized, and only under the law of God and equity. *"Take Notice"* ...

## MAXIMS OF EQUITY:
Equity sees that as done what ought to be done.
Equity will not allow a statute to be used as a cloak for fraud.
Equity will not allow a trust to fail for want of a trustee.
Equity regards the beneficiary as the true owner.

## FEDERAL JURISDICTION:
It is relevant to note that any violation of my Rights, Freedom, or Property by the U.S. federal government, its departments, agencies, and agents would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. The jurisdiction of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S. Constitution and Article IV, as follows:
"The Congress shall have the power . . .To exercise exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE) as may, by cession of particular states and the acceptance of Congress, become the seat of the Government of the United States, [District of Columbia] and to exercise authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dockyards and other needful Buildings; And – To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers..."

Section 3, Clause 2 as:
"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State." (*If invalid please provide proof of the contrary*) ...

**According to the U.S. Constitution, the jurisdiction of the federal government is limited to specific territories, including:**
1. The District of Columbia
2. Commonwealth of Puerto Rico
3. U.S. Virgin Islands

Void When Prohibited by Lawful Authority

4. Guam
5. American Samoa
6. Northern Mariana Islands
7. Trust Territory of the Pacific Islands
8. Military bases within the several states
9. Federal agencies within the several states

This jurisdiction does not include the several states themselves, as confirmed by the following cities:

"We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a Citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other." Slaughter House Cases United States vs. Cruikshank, 92 U.S. 542 (1875).

"THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] Volume 20: Corpus Juris Sec. §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

*This is further confirmed by the following quote from the Internal Revenue Service:*
Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa." – *Also see:*

## 26 USC § 3121 – Definitions
**(e)** State, United States, and citizen for purposes of this chapter -
**(1)** State - The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa.
**(2)** United States - The term "United States" when used in a geographical sense includes the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa. An individual who is a citizen of the Commonwealth of Puerto Rico (but not otherwise a citizen of the United States) shall be considered, for purposes of this section, as a citizen of the United States.

## 26 USC § 3306 – Definitions
**(e)** State, United States, and American employer for purposes of this chapter -
**(1)** State
The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, and the Virgin Islands. *(notice that Guam, and American Samoa are not included)*
**(2)** United States - The term "United States" when used in a geographical sense includes the States, the district of Columbia, the Commonwealth of Puerto Rico, and the Virgin Islands. *(notice that Guam, and American Samoa are not included)*
(3) American employer - The term "American employer" means a person who is - (A) an individual who is a resident of the United States,

Void When Prohibited by Lawful Authority

In lawful terminology, the word "includes" means "is limited to." When referring to this "District" United States, the Internal Revenue Code uses the term "WITHIN" the United States. When referring to the several States, the Internal Revenue Code uses the term "WITHOUT" the United States.

Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few federal territory areas indicated above. For example, in two Supreme Court cases, it was decided:

"The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government," Caha v. United States, 152 U.S., at 215.

"We think a proper examination of this subject will show that the United States never held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which Alabama or any of the new States were formed..."

"Because, the United States has no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted..."

"Alabama and all sovereign states are therefore entitled to the sovereignty and jurisdiction over all the territory within their limits, subject to the common law," Pollard v. Hagan, 44 U.S. 221, 223, 228, 229.

Likewise, Title 18 of the United States Code at §7 specifies that the "territorial jurisdiction" of the United States extends only outside the boundaries of lands belonging to any of the several States.

Therefore, in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner without my fully informed and un-coerced consent, likewise, no federal statutes or regulations apply to me or have any jurisdiction over me, a sovereign living woman. I hereby affirm that I do not reside or work in any federal territory of the "District" United States, and that therefore NO U.S. federal government statutes or regulations have any authority over me, a sovereign living woman, as they do to those "Persons" under its jurisdiction.

**POWERS AND CONTRACTUAL OBLIGATIONS OF UNITED STATES AND STATE GOVERNMENT OFFICIALS**

All United States and State government officials are hereby put on notice that I expect them to have recorded valid Oaths of Office in accordance with the U.S. Constitution, Article VI: "The Senators, Governors, and Representatives before mentioned, members of the several State Legislatures, and all executive and judicial administrators and officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution..."

Void When Prohibited by Lawful Authority

**The U.S. Constitution, Article VI:**

"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

All U.S. and State government officials are therefore hereby put on notice that any violations of their contractual obligations to act in accordance with their U.S. Constitution to protect the people, may result in prosecution to the full extent of the law, as well as the application of all available lawful remedies to recover damages suffered by any parties damaged by any actions of U.S. and State government officials in violation of the U.S. Constitution.

## REVOCATION OF POWER OF ATTORNEY

Moreover, all previous Powers of Attorney not personally executed by the undersigned sovereign living woman, **Franklin Shanta Jalissa**, are hereby nullified and revoked with regard to the Social Security number designated for my beneficial use, as well as concerning my associated birth certificate, business license, or any other licenses or certificates issued by any government or quasi-governmental entities operating under mere color of law. This revocation is prompted by the use of various fraudulent tactics by said agencies in an attempt to infringe upon my Sovereignty and/or property rights.

I explicitly declare that I shall not serve as trustee or surety for any matter attributed to **JALISSA SHANTA FRANKLIN** (or analogous corporate person derivatives thereof), as the obligation to fulfill such public trustee duties rests solely upon government agents. As **Franklin Shanta Jalissa**, a sovereign living woman, **in care of JALISSA SHANTA FRANKLIN**, and not a citizen of the United States, I am strictly the grantor, Sui Juris, and beneficial owner of said property matters. I maintain sole and absolute lawful beneficial ownership and possess allodial title to any and all such property.

Furthermore, I hereby rescind, annul, and render void ab initio all powers of attorney, whether executed in fact, by presumption, or otherwise, not directly executed by me, the sovereign living woman, or by anyone purporting to act on my behalf without my explicit consent. This revocation extends to any power of attorney relating to me or any property owned by me, issued by any and all quasi/colorable, public, governmental entities, or corporations, based on grounds of constructive fraud, concealment, and nondisclosure of material facts.

I affirm the accuracy and truthfulness of all the foregoing statements. I confirm that I am of lawful age of majority and possess the competence to make this Affidavit. By affixing my autograph to all affirmations in this entire document, I do not waive any of my inherent unalienable rights and my specific common law entitlement not to be bound by any contract or obligation into which I have not entered knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion.

The Jurat notarizations on the next page serves solely for identification purposes, and such notarization DOES NOT confer any jurisdiction upon anyone.

- Void When Prohibited by Lawful Authority

SO AFFIRMED BY THE UNDERSIGNED.

franklin shanta jalissa
By: franklin shanta jalissa
Sui Juris/Grantor /Beneficiary
In care of JALISSA SHANTA FRANKLIN
C/O [ Post Office Box 1753- 351 24th Street North]
[Alabama Republic]
[35201-1753]
April 22, 2024
Date

---

# Jurat Certificate

Alabama Republic,

County of Jefferson,

On this day 22 of APRIL , 2024, I, Franklin Shanta Jalissa , the sovereign sentient living woman personally appeared before the notary, LAURENCE J Anderson and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

Notary Signature .

ALABAMA NOTARY AT LARGE
Tittle & Commission Number

My commission expires 10/22/2024

Seal

LAWRENCE J ANDERSON
NOTARY PUBLIC
ALABAMA STATE AT LARGE
My Commission Expires October 22, 2024

Address
209 20th ST N. BIRMINGHAM, AL. 35203

Void When Prohibited by Lawful Authority

# Jurat Certificate

Alabama Republic,

County of Jefferson,

On this day 22nd of ___APRIL___ , 2024, I, ___Franklin Shanta Jalissa___ , the sovereign sentient living woman personally appeared before the notary, ___CARIDAD STEPHENS___ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama. Witness my hand and official seal.

_____
Notary Signature

___NOTARY___
Tittle & Commission Number

My commission expires ___August 7, 2027___

___1430 Gadsden Hwy Ste.116___
___Birmingham, AL 35235___
_____
Address

Seal

CARIDAD STEPHENS
My Commission Expires
August 7, 2027

# EXHIBIT ___9___
## ADMISSIBLE AS EVIDENCE

**Attachment(s) to:** Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

**FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**

1729 5ᵀᴴ Avenue North, Birmingham, Alabama, 35203

**ON**

6ᵀᴴ of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of

**Case Number: DV-2024-901820.00** on

22nd of April two thousand twenty-four

**PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.**

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332

**UNITED STATES POSTAL SERVICE**
**REGISTERED MAIL™**

RF 728 674 620 US

Label 200   August 2005   PSN 7690-03-000-9311

Exhibit 9

. .Thank you for reaching out. I will put you down to pay your outstanding balance by or before 9/15.

If you want to go month to month you will not need a new lease; however, there is a $150 month to month fee which has already been assessed for this month and will make your monthly rent $1550 plus the $50 per month pet rent.

Please note that a 30 day written notice to vacate must still be submitted prior to moving.

Thank you,


**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: pkwyrlty@aol.com
parkwayrealtyrents.com




On Wednesday, September 6, 2023 at 08:13:14 PM CDT, Jalissa Franklin <frankjalissa@icloud.com> wrote:




Hi Heather, I just found the new lease you sent me in my spam folder. I declined it because I would like to continue with a month to month lease with the increase of 10%. I have been meaning to give y'all a call about the balance on my account but work has been so hecked these past few weeks by the time I'm able to talk your office is close for the day  but I will be taking care of the balance when I get paid on next week. Thanks!
Sent from my iPhone

From: **Parkway Realty** pkwyrlty@aol.com

Subject: **Re: Lease**

Date: **September 11, 2023 at 11:04:19 AM**

To: **Jalissa Franklin** frankjalissa@icloud.com

The renewal options we offer are as follows:

$50/month increase for a 12 month renewal
$75/month increase for a 9 month renewal
$100/month increase for a 6 month renewal
$150/month increase for month to month renewal

Leases are automatically placed on month to month status in the event that a new lease is not executed prior to the expiration. If you would like to resign for one of the set periods listed below we can do so but it would not go into effect until the following month.

The outstanding balance at this time is $150.

Thanks,

**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: pkwyrlty@aol.com
parkwayrealtyrents.com

On Saturday, September 9, 2023 at 08:22:36 AM CDT, Jalissa Franklin <frankjalissa@icloud.com> wrote:

According to my lease I thought my total would be $1590? If my rent was $1400 with a 10% increase that would be $1540 plus my pet fee of $50 that equals $1590.

Sent from my iPhone

On Sep 7, 2023, at 10:58 AM, Parkway Realty <pkwyrlty@aol.com> wrote:

Jalissa,

to access their property at anytime provided a minimum of a 48 hour notice is given.

We have also made several unsuccessful attempts to reach you regarding payment of your February rent. Unless payment or reasonable payment arrangements are made today, your account will be turned over for collection and, if necessary, eviction. Please contact us about this delinquency ASAP.

Thank you,

**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: pkwyrlty@aol.com
parkwayrealtyrents.com

On Wednesday, February 21, 2024 at 08:21:14 AM CST, Jalissa Franklin <frankjalissa@icloud.com> wrote:

Being that my lease ended last year, what contract have I signed that states Property Inspections are allowed?
Sent from my iPad

On Feb 15, 2024, at 10:53 AM, Parkway Realty <pkwyrlty@aol.com> wrote:

This email is to serve as notification that Parkway Realty will be performing property inspections on **February 28, 2024 between the hours of 8:00 am – 5:00 pm**. Unfortunately, because of the number of inspections being performed, we are unable to give a more specific time.

You are welcome to be present at the time of inspection; however, a passkey will be utilized to gain access if you are not.

Parkway Realty can be reached at 205-854-8490 if you have any questions. We appreciate your cooperation.

Regards

**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: pkwyrlty@aol.com
parkwayrealtyrents.com

From: **Parkway Realty** pkwyrlty@aol.com

Subject: **Re: Property Inspection**

Date: **March 1, 2024 at 9:15:57 AM**

To: Jalissa Franklin frankjalissa@icloud.com

Jalissa,

This email is a follow up on the voicemail that I just left you regarding your past due balance for February. Your account now has a total balance due in the amount of $3,355 which includes your March rent; however, the past due amount for February of $1,755 must be received before Monday (3/4/24) to prevent the attorney from filing for eviction at which time attorney fees and court costs will be added to your outstanding balance and paying and staying will no longer be an option at that time.

If you are able to make reasonable payment arrangements they would need to established before the close of business at 3:00pm today. If you fail to make payment arrangements today or make the full February payment before Monday, your account will be turned over for eviction Monday morning without further warning.

**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: **pkwyrlty@aol.com**
**parkwayrealtyrents.com**

On Friday, February 23, 2024 at 10:11:09 AM CST, Jalissa Franklin <frankjalissa@icloud.com> wrote:

Ok that's fine I thought I was going to be here by myself during the inspection.
Sent from my iPad

> On Feb 21, 2024, at 11:00 AM, Parkway Realty <pkwyrlty@aol.com> wrote:
>
> Jalissa,
>
> Our leases automatically renew per clause # 48.
>
> Additionally, under the Alabama Landlord Tenant Law, an owner and/or landlord has the right

From: Jalissa Franklin frankjalissa@icloud.com

Subject: **Re: Property Inspection**

Date: **March 1, 2024 at 10:05:53 AM**

To: **Parkway Realty** pkwyrlty@aol.com

According to Alabama State Law it was suppose to be a 30 day notice not a 7 day notice since I am on a month to month lease. I also have something coming to y'all in the mail regarding this matter. It should arrive no later than Tuesday.
Sent from my iPad

On Mar 1, 2024, at 9:15 AM, Parkway Realty <pkwyrlty@aol.com> wrote:

Jalissa,

This email is a follow up on the voicemail that I just left you regarding your past due balance for February. Your account now has a total balance due in the amount of $3,355 which includes your March rent; however, the past due amount for February of $1,755 must be received before Monday (3/4/24) to prevent the attorney from filing for eviction at which time attorney fees and court costs will be added to your outstanding balance and paying and staying will no longer be an option at that time.

If you are able to make reasonable payment arrangements they would need to established before the close of business at 3:00pm today. If you fail to make payment arrangements today or make the full February payment before Monday, your account will be turned over for eviction Monday morning without further warning.

**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: pkwyrlty@aol.com
parkwayrealtyrents.com

On Friday, February 23, 2024 at 10:11:09 AM CST, Jalissa Franklin <frankjalissa@icloud.com> wrote:

Ok that's fine I thought I was going to be here by myself during the inspection.
Sent from my iPad

On Mar 12, 2024, at 10:31 AM, Parkway Realty <pkwyrlty@aol.com> wrote:

Jalissa,

As I previously advised your account has been turned over for eviction for non payment; however, we still need to address the maintenance issues that were found at our inspection so please let me know when would be a good time to send maintenance to take care of them.

Thank you,

**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: pkwyrlty@aol.com
parkwayrealtyrents.com

On Mar 13, 2024, at 11:15 AM, Parkway Realty <pkwyrlty@aol.com> wrote:

**We will give you until next week to request a specific day for maintenance to come with a 48 hour notice; however, if you fail to schedule service by 3/22/24 OR if the contractor is not available on the day/time that you request, we will proceed with scheduling service for the following week. If this becomes necessary, you will be given a 48 hour notice prior to the appointment. If you are unable to be present for the scheduled appointment, maintenance will utilize a passkey to gain access to make necessary repairs to protect the owner's property in accordance to the provisions of the Alabama Landlord Tenant Law.**

I have been advised by my attorney that any future correspondence other than maintenance requests must be sent directly to their office.

Please forward all future communications not involving maintenance requests to:

Winston, Winston, Jenkins & Chastain, LLC

1744 Oxmoor Road

Homewood, AL 35209

205.933.2300

**Heather Barnett**
Property Manager I Parkway Realty
P: 205.854.8490 I E: pkwyrlty@aol.com
parkwayrealtyrents.com

On Wednesday, March 13, 2024 at 09:38:07 AM CDT, Jalissa Franklin <frankjalissa@icloud.com> wrote:

Being that my first Notice was received on March 6, 2024 at 12:52 pm and I have yet to receive a response to this unfortunate situation. I will be moving forward with all available legal remedies regarding this situation. Furthermore, you do not have the right to send anyone to my place of residence without the proper notification. I will reach out to you via mail or email one day next week to schedule a time for maintenance to come.
Sent from my iPad

From: Heather Barnett pkwyrlty@aol.com
Subject: Re: Maintenance
Date: March 28, 2024 at 3:46:53 PM
To: Jalissa Franklin frankjalissa@icloud.com

He will be there tomorrow at 8:30am.

> On Mar 28, 2024, at 8:56 AM, Jalissa Franklin <frankjalissa@icloud.com> wrote:
>
> The repair man may come tomorrow March 29 around 8:30 to check the dishwasher but I have only used the dishwasher maybe about 4 times since I have been here. It has not been turned on since the last repairmen came to fix the floor the first time, I have only been using it as storage to let the dishes dry.
> Sent from my iPad
>
>> On Mar 27, 2024, at 12:21 PM, Parkway Realty <pkwyrlty@aol.com> wrote:
>>
>> Maintenance has given us a quote for the repairs but he believes that the dishwasher may be leaking and causing the damage to the kitchen flooring. He does not work on appliances so I need to send my appliance repair man out as soon as possible to see about that leak and prevent any further damage to the flooring. The appliance repairman has an opening tomorrow morning 3/28 between 8:00-9:00am. Does that work for you?
>>
>> **Heather Barnett**
>> Property Manager I Parkway Realty
>> P: 205.854.8490 I E: pkwyrlty@aol.com
>> parkwayrealtyrents.com
>>
>>> On Wednesday, March 20, 2024 at 10:03:50 AM CDT, Jalissa Franklin <frankjalissa@icloud.com> wrote:
>>>
>>> Maintenance may come Friday March 22, 2024 if available. If they are coming to just take a look then they came around 9:00am, if they are coming to actually fix the problem they will have to come after 2:00pm when my kids are done with homeschool. I also would like for them to call me at 2054417679 before they arrive. Thanks in advance!
>>> Sent from my iPad

# EXHIBIT ___10___
## ADMISSIBLE AS EVIDENCE

**Attachment(s) to:** Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
### ON

### 6TH of May two thousand twenty-four

### As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00 on

### 22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

### Without prejudice, without recourse UCC 1-308,
### ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

Exhibit 10



**Parkway Realty**
5290 Old Springville Road, Suite A
Pinson, AL 35126
205-854-8490

May 31, 2023

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

Ms. Franklin,

**I am writing to inform you that, effective July 1, 2023, your rental rate will increase by $50.00 per month. The new rental rate will be $1,450.00 per month.**

This increase is being enforced to keep up with the current market value for the area.

Parkway Realty can be reached at (205) 854-8490 during normal business hours to address any questions you may have.

Thank you,

Heather Barnett, Broker
Parkway Realty



**Parkway Realty**
5290 Old Springville Road, Suite A
Pinson, AL 35126
205-854-8490

September 6, 2023

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

Ms. Franklin,

We have made numerous unsuccessful attempts to reach you by phone to inform you that your account has been placed on month to month terms since you have not executed the new lease that was sent to you via DocuSign.

An additional $100.00 monthly month to month fee has also been added to your account and needs to be paid ASAP to prevent the account from being turned over for collections.

Please note that this fee will continue to be assessed monthly until a new lease has been executed.

Parkway Realty can be reached at 205-854-8490 if you have any questions.

Regards,

Heather Barnett, Property Manager
Parkway Realty
205-854-8490



**Parkway Realty**
5290 Old Springville Road, Suite A
Pinson, AL 35126
205-854-8490

January 2, 2024

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

Dear Ms. Franklin,

This letter is to serve as notification that Parkway Realty will be performing property inspections on **January 10, 2024 between the hours of 8:00 am – 5:00 pm**. Unfortunately, because of the number of inspections being performed, we are unable to give a more specific time.

You are welcome to be present at the time of inspection; however, a passkey will be utilized to gain access if you are not.

Parkway Realty can be reached at 205-854-8490 if you have any questions. We appreciate your cooperation.

Regards,


Parkway Realty
205-854-8490



**Parkway Realty**
5290 Old Springville Road, Suite A
Pinson, AL 35126
205-854-8490

February 15, 2024

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

Dear Ms. Franklin,

This letter is to serve as notification that Parkway Realty will be performing property inspections on **February 28, 2024 between the hours of 8:00 am – 5:00 pm**. Unfortunately, because of the number of inspections being performed, we are unable to give a more specific time.

You are welcome to be present at the time of inspection; however, a passkey will be utilized to gain access if you are not.

Parkway Realty can be reached at 205-854-8490 if you have any questions. We appreciate your cooperation.

Regards,

Parkway Realty
205-854-8490

February 21, 2024

Jalissa Franklin
1583 Wilderness Lane
Birmingham, AL 35235

TERMINATION NOTICE

**Breakdown of monies due:**     **$1,550.00 February Rent**
**$   50.00 February Pet Rent**
**$  155.00 February Late Fee**

_____

**$1,755.00 Total**

YOU ARE HEREBY NOTIFIED that in consequence of your default in the payment of rent as provided in the lease of the premises now occupied by you and situated at: 1583 Wilderness Lane Birmingham, AL 35235 lease will terminate seven (7) business days after service of this notice.  If you desire to remain in the premises you must pay the above amount, IN CASH OR CASHIER'S CHECK, TO THIS OFFICE WITHIN 7 BUSINESS DAYS.  NO PERSONAL CHECKS, MONEY ORDERS, OR PARTIAL PAYMENTS ARE ACCEPTED.

Consider this notice that your lease is terminated seven (7) business days from receipt of this notice as provided by state law and demand is made upon you to deliver possession of said premises to the Landlord, or the Landlord's agent, or an Unlawful Detainer or other legal action may be taken against you which may result in additional charges to you.

Dated this 21st day of February 2024.     **\*\*THE ABOVE AMOUNT IS SUBJECT TO CHANGE.**

Sincerely,

Heather Barnett, Property Manager
Parkway Realty

# EXHIBIT ___11___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order
**FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**
1729 5TH Avenue North, Birmingham, Alabama, 35203
ON

6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
Case Number: DV-2024-901820.00 on

22nd of April two thousand twenty-four

**PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.**

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

AlaFile E-Notice

I DO NOT ACCEPT THIS OFFER

AND

I DO NOT CONSENT TO THESE PROCEEDING

01-DV-2024-901820.00

Judge: SHERA C. GRANT

To: FRANKLIN JALISSA (PRO SE)
GENERAL PO BOX 1753
BIRMINGHAM, AL, 35201-0000

NOTICE OF COURT ACTION

*~ Franklin -Shanta Jalissa SC ~*

*Without prejudice*

*[UCC 1-308]*

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA

PARKWAY REALTY AS AG F/BEAR CLAW LLC V. JALISSA FRANKLIN
01-DV-2024-901820.00

A court action was entered in the above case on 4/9/2024 1:16:58 PM

ORDER

[Filer:]

Disposition:    OTHER
Judge:          SCG
Notice Date:    4/9/2024 1:16:58 PM

**Jurat Certificate**

ALABAMA REPUBLIC, JEFFERSON COUNTY, ss:

On this 19TH day of APRIL, 2024, before me, CARIDAD STEPHENS, personally appeared Franklin Shanta Jalissa in care of JALISSA SHANTA FRANKLIN known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same as for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

_____ Notary Public
NOTARY      Title (and Rank)

My commission expires August 7, 2027

1430 Gadsden Hwy Ste 116
Birmingham, AL 35235

Address

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD. ROOM 500
BIRMINGHAM, AL, 35203

205-325-5331
jackie.smith@alacourt.gov

CARIDAD STEPHENS
My Commission Expires
August 7, 2027

ELECTRONICALLY FILED
4/9/2024 1:16 PM
01-DV-2024-901820.00
DISTRICT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

PARKWAY REALTY AS AG F/BEAR CLAW LLC,   )
Plaintiff,   )
  )
  )
V.   ) Case No.:    DV-2024-901820.00
  )
FRANKLIN, ALISSA   )
Defendant.   )

**I DO NOT ACCEPT THIS OFFER**

### ORDER

### AND

### PLEASE READ THIS ENTIRE ORDER!

**I DO NOT CONSENT TO THESE**

This case is hereby set for a bench trial on May 1, 2024 at 10:00 AM in Courtroom 560 of the Jefferson County Courthouse located at 716 Richard Arrington Jr. Blvd North, Birmingham, AL 35203, Civil Division, before Judge Shera Grant.

**PROCEEDING**

Court will start **PROMPTLY** at the time listed above. A judgment or adverse ruling may be entered against you if you are more than fifteen (15) minutes late.

Defendants not represented by an attorney may be eligible to receive free legal assistance. If you cannot afford to hire an attorney, you may contact Legal Services of Alabama at 1-866-456-4995 or the Birmingham Volunteer Lawyers Program at 205-250-5198 **BEFORE** the scheduled court date. **NO CONTINUANCES WILL BE GRANTED TO OBTAIN AN ATTORNEY.**

**Without prejudice**

**[Ucc-1-308]**

Defendants should provide a contact number and/or email address on all filed paperwork. If no contact information is listed, please call 205-325-5593 immediately to provide contact information.

Included with this Order is a form to elect to receive court notices by email or text. If interested, complete this form and return it to the Office of the Court Clerk. The Office of the Court Clerk is located on the 4th floor of the Jefferson County Courthouse at 716 Richard Arrington Jr. Blvd. North, Birmingham, AL 35203.

**A copy of this Order shall be mailed to the defendant(s).**

001  btrl  py/dy  05/01/2024

**DONE this 9th day of April, 2024.**

/s/ SHERA C. GRANT
**DISTRICT JUDGE**

# EXHIBIT __12__
## ADMISSIBLE AS EVIDENCE

**Attachment(s) to:** Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
### ON

### 6TH of May two thousand twenty-four

### As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00 on

### 22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

### Without prejudice, without recourse UCC 1-308,
### ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

#### 18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

Exhibit 12

# INVOICE 001

**Franklin Shanta Jalissa**
organicv999@icloud.com
Post Office Box 1753
351 24th Street North
Republic, AL, 35201-1753

**BILL TO**

**PARKWAY REALTY AS AG F/BEAR CLAW LLC**
pkwyrlty@aol.com
5290 Old Springville Road
Suite A
Pinson, AL, 35126

| | |
|---|---|
| Invoice No: | Inv001 |
| Issue date: | 04/19/2024 |
| Due Date: | 04/29/2024 |

| DESCRIPTION | QUANTITY | UNIT PRICE ($) | AMOUNT ($) |
|---|---|---|---|
| Damages For Breach Of Contract, Negligence, And Violation Of Landlord-Tenant Laws<br>Including costs for emotional pain and suffering | 1 | $15000.00 | $15000.00 |
| Reimbursement For Costly Utility Bills<br>Due to a water leak | 1 | $5000.00 | $5000.00 |

Notes - Late fees will be added, if payment is not received by the due date stated above.

| | |
|---|---|
| **SUBTOTAL:** | $20000.00 |
| **TAX (USD):** | $0.00 |
| **DISCOUNT (USD):** | $0.00 |
| **TOTAL DUE (USD)** | **$20000** |

# EXHIBIT ___13___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
### ON

### 6TH of May two thousand twenty-four

### As true and correct copies of the original were entered as evidence on the record in support of
### Case Number: DV-2024-901820.00 on

### 22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

### Without prejudice, without recourse UCC 1-308,
## ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

### 18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

Exhibit 13

Void When Prohibited by Lawful Authority

**Date:** April 22, 2024
**Certified Mail Number:**

**FROM:** Franklin Shanta Jalissa™© Suri Juris/Beneficiary
In care of JALISSA SHANTA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com

**TO:** Attorney General Office
Attn: Steve Marshall
501 Washington Avenue
Montgomery, AL 36104

Dear Mr. Steve Marshall,

I am writing to file a complaint regarding the poor living conditions at my rental property located at 1583 Wilderness Lane Birmingham, Alabama [35235]. Despite numerous attempts to address these issues with my landlord, the problems persist, and I believe they are in violation of state laws and regulations governing rental properties.

The following are some of the issues I have experienced at the rental property:

1. Failure to contact me in a timely matter as stated in previous lease, about the conditions of a month-to-month lease when the previous lease expired on June 30, 2023, which is a breach of contract.
2. Failure to address repeated maintenance issues and ensure a safe habitability of the rented premises causing unsafe and costly living expenses for my family and me. (See Attachments)
3. Failure to provide prompt responses to Notices, maintenance requests, and essential services regarding the rental property.
4. Harassing and intimidating phone calls, emails, and an unlawful eviction **CASE NUMBER: *01-DV-2024-901820.00*** in attempt to collect an alleged debt, causing undue stress and emotional distress to my family and me.
5. Failure to provide me with a current contract signed with wet ink signatures by all parties involved.

I have reached out several times by phone and email to the rental company to address these unfortunate living conditions. I have also discussed these concerns/problems in person with the property manager, Heather Barnett, at a recent inspection that was held on February 28, 2024. These concerns/problems have yet to be repaired as of April 18, 2024. These reported issues are violations of landlord-tenant laws, fair debt collection practices, and other rights due to me as the tenant of this property.

Void When Prohibited by Lawful Authority

I am concerned about the impact these conditions are having on my health, safety, and well-being, as well as those of other tenants at the property (my kids). I respectfully request that the Attorney General's Office investigate this matter and take appropriate action to ensure that my landlord complies with all applicable laws and regulations.

Please let me know if you require any further information or documentation regarding this complaint. I appreciate your attention to this matter and look forward to a prompt resolution.

Sincerely,

*: franklin-shanta : jalissa*

franklin shanta jalissa™© Suri Juris/Beneficiary
In care of JALISSA SHANTA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com

# Jurat Certificate

Alabama Republic

County of Jefferson,

On this day 19TH of APRIL , 2024, I, Franklin Shanta Jalissa , the sovereign sentient living woman personally appeared before the notary, CARIDAD STEPHENS and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

NOTARY
_____
Title & Commission Number

My commission expires August 7, 2027

1430 Gadsden Hwy Ste 116
Birmingham, AL 35235
_____
Address

Seal

CARIDAD STEPHENS
My Commission Expires
August 7, 2027

# EXHIBIT ___14___
## ADMISSIBLE AS EVIDENCE

**Attachment(s) to:** Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

## FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
### 1729 5TH Avenue North, Birmingham, Alabama, 35203
### ON

6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
__Case Number: DV-2024-901820.00__ on

22nd of April two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

# AFFIDAVIT OF PROOF OF SERVICE AND MAILING

**Republic of** Alabama           )
**Subscribed and Affirmed**       )
**City of** Birmingham            )

I, Franklin Shanta Jalissa          , the undersigned sovereign living woman, being of sound mind and under no duress, do hereby certify and affirm that the following facts are true and correct, to wit:

1. On  April 22        , 20 24, that I, Franklin Shanta Jalissa , the living-soul, personally deposited the following documents (listed below) inside the envelope, sealed them, and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|--------|---------------------|-----------------|
| 1. | Affidavit of Proof of Service and Mailing | 2 |
| 2. | Complaint Notice to Attorney General | 2 |
| 3. | Proofs of Damages (Pictures, Water Bills, Maintenance Requests) | 25 |
| 4. | Copies of Emails and Posted Notices | 18 |
| 5. | Copies of Debt Collector Statements / Instruction Letter | 6 |
| 6. | Copy of Cease-and-Desist Notice | 3 |
| 7. | Rejection of Court Case (copy) | 3 |
| 8. | Proof of Service for Delievered Notices | 3 |
| 9. | | |
| 10. | | |

Total of  8   documents with combined total of  62   pages.

2. That said document(s) stated above were mailed via (initial those which apply):
   _____ United States Postal Office, by regular mail, postage prepaid
   _fj__ United States Postal Office, by **Certified Mail #** 9589 0710 5270 2065 7760 19
   Return Receipt Requested
   _____ United Parcel Service (UPS), tracking number # _____
   _____ Federal Express, tracking number # _____
   _____ Other (specify):
   _____

Page 1 of 2

Certificate of Service

at said City and State, one complete set of (ORIGINAL/COPIED) documents, as described in item 1 above, properly enveloped and addressed to:

Attorney General Office
Attn: Steve Marshall
501 Washington Avenue
Montgomery, AL
36104

3. That I am at least 18 years of age.
4. I declare under penalty of perjury under the laws of Alabama that the foregoing is true and correct.

I now affix my autograph to these affirmations.

by: franklin shanta jalissa

**Jurat Certificate**

Alabama Republic

County of Jefferson,

On this day 22nd of APRIL , 2024, I, Franklin Shanta Jalissa , the sovereign sentient living woman personally appeared before the notary, CARIDAD STEPHENS and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

NOTARY
_____
Title & Commission Number                           Seal

My commission expires August 7, 2027

1430 Gadsden Hwy Ste 116
Birmingham, AL 35235
_____
Address

STATE OF
NOTARY
PUBLIC
ALABAMA

CARIDAD STEPHENS
My Commission Expires
August 7, 2027

Page 2 of 2

Certificate of Service

# EXHIBIT ___15___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order
**FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**
1729 5TH Avenue North, Birmingham, Alabama, 35203
ON

6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
Case Number: DV-2024-901820.00 on

3rd of May two thousand twenty-four

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US



United States Postal Service
REGISTERED MAIL

RA 183 815 794 US

Label 200, July 1999        (102595) 99-M-1904

Exhibit 15
...-cv-00570-AMM    Document 1    Filed 05/07/24    Page 121 of 160

County Division Code: AL040
Inst. # 2024040365 Pages: 1 of 24
I certify this instrument filed on
5/3/2024 10:19 AM Doc: AFF
Judge of Probate
Jefferson County, AL. Rec: $85.00

Clerk: NICOLE

# Affidavit
## Notice of Liability Regarding Trespass
## Fee Schedule and Remedy

### Acknowledgment
### In the Nature of Supplemental Rules
### for Administrative and Maritime Claims Rules C (6)
#### for Personal Protection From
#### Federal/State/County/City/Municipal/Corporation Employees/Agents/Individuals

FILED IN OFFICE
DISTRICT CIVIL DIVISION

MAY 0 3 2024

JACQUELINE ANDERSON SMITH
CLERK

Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent.
Notice to Individual, Natural Living Soul is Notice to All Human Beings.
Notice to All Human Beings is Notice to Individual, Natural Living Soul.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."
— In re McCowan (1917), 177 C. 93, 170

## Public Law § 97-280 acknowledges the Holy Bible as the Word of God.

### Silence is Acquiescence, Agreement, and Dishonour
### This is a Self-Executing Contract.



**Daniel Chapter 4 verse 17 (K.J.V.)**
"17 This matter is by the decree of the watchers and the demand by the word of the Holy ones: to the intent that the living may know that the most High ruleth in the kingdom of men and giveth it to whomsoever He will and setteth up over it the basest of men."

Before Me, the undersigned Notary, _Ronald Lanion_ , on this day __2__ of April 2024, personally appeared **Franklin Shanta Jalissa©℠**, known to me to be credible sovereign living woman and of lawful age, who being duly sworn by me affirms, deposes, and says:

Affidavit of Fee Schedule                                                                    1

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

I, **Franklin Shanta Jalissa**™©, as a sovereign living woman to the state known as **Alabama**, are hereby, as a gesture of peace, giving proper notice to the STATE OF ALABAMA corporation and to the UNITED STATES corporation and to all municipal, county, and city corporations, and all other STATE CORPORATIONS, agents, employees, and all other individuals of the following:

As a sovereign living woman desiring to avoid conflict and to live lawfully with all of our freedoms, we are providing you with this Affidavit of Notice of Liability regarding Trespass **Fee Schedule and Remedy for personal protection from Federal / State / County / City / Municipal / Corporation employees** as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my Family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damaged property or fraud – no corpus delecti.

> "In every prosecution for crime it is necessary to establish the 'corpus delecti', i.e., the body or elements of the crime." People v. Lopez. The corpus delecti consists of two elements, namely, 1) the injury of loss or harm; and 2) a criminal agency causing them to exist. People v. Frey"

Please note that this self-defense **Notice of Fee Schedule and Remedy for personal protection from Federal/State/County/City/Municipal/Corporation employees** is just per Trezevant v. City of Tampa, 741 F2d 336 (11th Cir. 1984) Motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute / $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Notice of Fee Schedule and Remedy that is established for the **Franklin Shanta Jalissa family members** to include **JALISSA SHANTA FRANKLIN**©™ that are lawful and unlawful matters relating to the Office of the Executrix.

**Written permission is required for the express use of my LEGAL NAME and any other derivatives thereof that pertains me. I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this fee schedule are determined under special circumstances and submitted via certified mail with return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $500,000.00 (five hundred**

Affidavit of Fee Schedule                                                                 2

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

thousand) **per offense** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

2. **For every offense committed against entities,** JALISSA SHANTA FRANKLIN™©,, Franklin Shanta Jalissa™©,, JALISSA FRANKLIN™©,, Franklin Jalissa™©,, and any and all derivations thereof on any document which is in any way associated with me, the living sovereign woman, **Franklin Shanta Jalissa©™,** shall, by such document acting as *prima facie* evidence of violation, **become liable for penalties of** **$150.000.00** (one hundred fifty thousand) payable in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver or gold dollars per person per violation.

3. **For every offense or action taken against me: 1,000,000.00** (one million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

4. **For each page of documents an agent, clerk or clerk of the courts refuses to file: $15,000.00** (Fifthteen Thousand) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver or gold dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4)) —**

Acceptance by the clerk.

[A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and **18 USC §2071:** '**(a)** Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; **(b)** Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof. *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105

Affidavit of Fee Schedule                                           3

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va.1967) it was held that a pleading delivered to a deputy clerk at his home at night was thereby "filed." (*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 04/5/1968).)']

5. **For each unsolicited / solicited phone call: $7,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

6. **For each unsolicited / solicited letter of harassment: $50,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

7. **For each correspondence that I write to RESPONDENTS and/or AGENTS / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law: $50,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

8. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $15,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

9. **For each correspondence I write to the Office of Fair Trading: $15,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

10. **For each correspondence I write to court services and agents: $20,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

11. **For each correspondence I must write to Trading Standards: $20,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

12. **For each correspondence I must write to the chief of police / sheriff agent after first notice sent: $50,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

13. **For each court special appearance / general appearance: $150,000.00** (one hundred and fifty thousand) Federal Reserve notes per person per violation.

14. **For each phone call I make to relevant bodies / agents: $1,000.00 plus $250 per hour or part thereof / $5.00 per minute** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

15. **For each and any lawful / legal counter claim: $200,000.00** (two hundred thousand) in silver or gold dollar coin convertible at the legal

Affidavit of Fee Schedule                                                                 4

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

16.   **For each meeting / hearing of any sort scheduled or arranged without my consent: $500,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver and gold dollars per person per violation.

17.   **For each human rights breach per the Universal Declaration of Human Rights (UDHR): $100,000.00 (one hundred thousand)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

18.   **For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for Sovereign Beneficiary's full, personal inspection, the fee of $5,000.00** per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within **(7)** days after receipt of this notice payable in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

19.   **For each individual failure to perform a directive given by the Sovereign Beneficiary: $100,000.00 (one hundred thousand)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

20.   **For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any so-called government official or agent: $500,000.00 (five hundred thousand)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver or gold dollars per person per violation.

21.   **For every Unlawful Arrest, Illegal Arrest, or Restraint or Distraint, or Trespassing/Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: $1,000,000.00 (one million)** plus additional damages pursuant to Trezevant v. CITY OF TAMPA, 741 F2d 336 (11th Cir. 1984) and 20 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver or gold dollars per person per violation.

22.   **For every Excessive Bail, Fraudulent Bonds, Fraudulent Warrants, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Freedom of Speech, Conspiracy, Aid and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: **$100,000.00 (one hundred thousand)** and 20 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver or gold

Affidavit of Fee Schedule

5

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

23. **For every Assault or Assault and Battery without Weapon:** **$100,000.00** (one hundred thousand) and 20 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

24. **For every Assault and Battery with Weapon: $1,000,000.00** (one million) and 20 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

25. **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $100,000.00** (one hundred thousand) and 20 acres of government, state, county, or city land, per occurrence, per officer or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

26. **For all Unlawful Detention or Incarceration: $100,000.00** (one hundred thousand) per day and 20 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

27. **For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $100,000.00** (one hundred thousand) per day and 20 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

28. **For being Disrespected by a Judge or Officer of the Court: $100,000.00** (one hundred thousand) and 20 acres of government, state, county, or city land per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

29. **For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $200,000.00** (two hundred thousand) and 20 acres of government, state, county, or city land per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

30. **For every Unnecessary Restraint: $200,000.00** (two hundred thousand) and 20 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

31. **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable "Bill of Rights": $100,000.00** (one hundred thousand) per day in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver or gold dollars per person per violation to be prorated by the hour as per *Trafficant vs. Florida*, per occurrence per officer and/or agent involved and 20 acres of government, state, county, or city land.

Affidavit of Fee Schedule                                                                                  6

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

32. **For every Coercion or Attempted Coercion of the Real Natural Person to take responsibility for the Corporate Citizen against the Natural Person and Secured Party's Will:** $200,000.00 (two hundred thousand) and 20 acres of government, state, county, or city land per occurrence, per officer or agent involved in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

33. **For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 50 acres of government, state, county, or city land and $500,000.00** (five hundred thousand) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver or gold dollars per person per violation per occurrence and **$50,000.00 (Fifty Thousand)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver or gold dollars per person per violation per day penalty until lien(s), levy(s), impoundment(s), and/or garnishment(s) are ended and all funds reimbursed and all property returned in the same condition as it was when taken with 18 % annual interest and my declared value of property.

34. **For every destruction, deprivation, concealment, defacing, alteration, or theft of property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the living sovereign woman and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, **there will be a $50,000.00** (fifty thousand) fee in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation per day until property is restored in full, beginning on the first day after the incident, as provided by this contract and 100 acres of government, state, county, or city land.

35. **For every Denial and/or Abuse of Due Process: $5,000,000.00** (five million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved.

36. **For every Obstruction of Justice: $1,000,000.00** (one million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by

Affidavit of Fee Schedule                                                                 7

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation per occurrence and 50 acres of government, state, county, or city land, per officer or agent involved.

37. **For every Unlawful Distraint, Interstate Detainer, or False Imprisonment: $2,500,000.00 (two point five million)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation per day, per occurrence, per officer, or agent involved, plus **18% annual interest.**

38. **For every Reckless Endangerment, Failure to Identify, and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: $10,000,000.00** (ten million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 50 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

39. **For every Counterfeiting Statute Staple Security Instruments: $1,000,000.00** (two million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 20 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

40. **For every Trespass on Cestui Que Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000,000.00** (one hundred million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per trespass per person and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

41. **For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury commercial liability: $1,000,000.00** (one million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per communication not in compliance.

42. **For every Trustee, agent, or individual Foreclosure, Repossession, Court Matters against Cestui Que Trust: $1,000,000.00** (one million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

43. **For every Trustee or agent taking any Cestui Que Trust property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking: $10,000,000.00** (ten million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per occurrence.

44. **For every Self-Executing Lease Agreement, contract, created upon the taking through force, duress, coercion, or conversion of any Cestui Que Trust property: $100,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars lease/per day out of possession of beneficiary.

Affidavit of Fee Schedule                                                                    8

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

45.    **For Harassment after Notice: $1,000,000.00** (one million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per occurrence and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

46.    **For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of oath(s)/oath(s) of office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $10,000,000.00** (ten million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or or agent involved.

47.    **For False Statements from Trustees, agents, or individuals: $100,000,000.00** (one hundred million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person, per false statement and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

48.    **For each Impairment of Contract by Trustees, agents, or individuals: $10,000,000.00** (ten million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars user fee per person, per impairment.

49.    **For each Violation of any un-a-lien-able rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of Trustees, agents, or individuals:**

*a.* One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen.

*b.* One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen.

*c.* My body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty states and the People of the United States of America for the protection of the People on the land known as any of the fifty states which make up the union known as the Unites States of America. This lawful paper must be honored in any court with any of the fifty states which make up the union known as the Unites States of America.

*d.* One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their

Affidavit of Fee Schedule                                                                                          9

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

statutory jurisdiction upon Me or my family without expressed, written consent.

50. **For any harm done to our family pets without cause and/or justification: $200,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars user fee, per violation, per person and 50 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

51. **For each demand under lack of full disclosure, coercion, duress, by force or request for my /our autograph on any document: $2,000,000.00 (two million)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation.

52. **For each demand or taking of fingerprints under force, coercion, duress, or unlawful arrests: $5,000,000.00 (five million)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

53. **For each field test demanded during unlawful detainment/ traffic stop: $500,000.00** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

54. **For each D.N.A. test demanded or taken under coercion, force, duress or during unlawful detainment: $5,000,000.00 (five million)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

55. **For each D.N.A. copyright infringement: $5,000,000.00 (five million)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

56. **For the unlawful removal and use of our personal, private properties including but not limited to land, homes, conveyances (automobiles), biological properties, children or family members: $5,000,000.00 (five million)** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

57. **For daily maintenance, repairs, upgrades, installations of any kind to enhance property and for all previous taxes paid on property that is leased, purchased, or in process of foreclosure: $5,000.00 per day** in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

58. **For any fraudulent foreclosures, liens, contracts, auctions placed against my property: $100,000,000.00 (one hundred**

Affidavit of Fee Schedule                                                                 10

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

million) in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

59. **For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 20 days in advance:** $50,000.00 in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

60. **For failure to fully disclose any contract under acts of fraud:** $500,000.00 in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

61. **For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me:** $5,000.00 per day in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

**Matthew Chapter 5 verses 25-26**

"25 Agree with thine adversary quickly, whiles thou art in the way with him; lest at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into prison. 26 Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

## Maxims of Equity

"Aequitas sequitir legem."
Equity follows the law.

1. Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.
2. Equity will not suffer a wrong to be without a remedy.
3. He who comes into equity must come with clean hands.
4. Equity will not allow a remedy that is contrary to law.
5. Equity will take jurisdiction to avoid a multiplicity of suits.
6. Equity will not allow a statute to be used as a cloak for fraud.
7. Equity regards the beneficiary as the true owner.

Affidavit of Fee Schedule                                                    11

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

8."Vigilantibus non dormientibus aequitas subvenit."
Equity aids the vigilant, not those who slumber on their rights.

9.Equity acts in person am or persons.

10.Equity delights to do justice and not by halves.

## Maxims of Law

1."A verbis legis non est recedendum."

From the words of the law there must be no departure.

2."Actus Dei nemini facit injuriam."

The act of God does no injury; that is, no one is

responsible for inevitable accidents.

3."Augupia verforum sunt judice indigna."

A twisting of language is unworthy of a judge.

4."Catalla just possessa amitti non possunt."

Chattels justly possessed cannot be lost.

5."Contractus legem ex conventione accipiunt."

The agreement of the parties makes the law of the contract.

6."Culpa lata aequiparatur dolo."

A concealed fault is equal to a deceit.

7."Cum adsunt testimonia rerum quid opus est verbis?"

When the proofs of facts are present, what need is there for words?

8."Debet qui juri subjacere ubi delinquit."

Every one ought to be subject to the law of the place where he offends.

9."Ejus est non nolle qui potest velle."

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

He who may consent tacitly may consent expressly.

10. "Ex facto jus oritur actio exteriora indicant interiora secreta."

Law arises out of fact; that is, its application must be to facts.

8 Co. R. 146.

11. "Actio exteriora indicant interiora secreta."

External actions show internal secrets.

8 Co. R. 146.

12. "Actor qui contra regulam quid adduxit non est audiendus."

He ought not to be heard who advances a proposition

contrary to the rules of law.

13. "Actore non probante reus absolvitur."

When the plaintiff does not prove his case, the defendant is absolved.

14. "Argumentum simili valet in lege."

An argument drawn from a similar case or analogy avails in law.

15. "Argumentum simili valet in lege."

An argument drawn from a similar case or analogy avails in law.
Co. Litt. 191

- The Common Law is the highest jurisdiction of man-made law and jurisprudence for the men and women sojourning on the landmass commonly referred to as the United States of America with the exception of the landmass commonly called Alabama which has Civil Law.
- The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made law for the men and women sojourning on the landmass commonly referred to as the United States of America concerning commerce and associated contracts, bills, commercial instruments, jurisprudence, et al.
- The Uniform Commercial Code is a code accepted or partially accepted by agreement of the various States regarding

Affidavit of Fee Schedule                                                                    13

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

commercial contracts, commercial instruments, transactions, et al.

▪ The United States Constitution is the supreme contract for the men and women sojourning on the landmass commonly referred to as the United States of America.

▪ The Common Law reflects the Laws as recorded in the group of books commonly referred to as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries* which were instrumental to the founding Fathers in the framing and establishing of American jurisprudence.

▪ The past and present so-called Monarchs of Great Britain must swear a corporeal oath and thereby contract to uphold and defend the laws as recorded in the letter patent, the 1611 King James Bible, as well as the Common Law.

▪ There are references to a higher jurisdiction in the Declaration of Independence including but not limited to the Laws of Nature and of Nature's God endowed by their Creator with certain unalienable Rights appealing to the Supreme Judge of the world for the rectitude of our intentions with a firm reliance on the protection of Divine Providence.

▪ The Oaths of Office are clear regarding the adherence to the Constitution when taking an oath of office and entering on the Execution of his Office. Article II, Section I, last clause: The President "promises to 'preserve, protect and defend the Constitution'". Article VI, Clause III: "The Senators and Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

▪ For any Respondent who has sworn an oath of office to support and/or defend the United States of America Constitution,

**I hereby accept that oath of office.**

**Numbers Chapter 30 verses 1-2**
"1 And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a bond; he shall not break his word, he shall do according to all that proceedeth out of his mouth."

**Leviticus Chapter 5 verses 3-5**
"3 or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth *of* it, the he shall be guilty. 4 Or if a soul swear, pronouncing with his lips to do evil, or to do good, whatsoever it be that a man shall

Affidavit of Fee Schedule                                                        14

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

pronounce with an oath, and it be hid from him; when he knoweth of it, then he shall be guilty in one of these. 5 And it shall be, when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing:"

When Congress makes a law which is outside the scope of its enumerated powers, it is no "law" at all but is **void, and American men and women have no obligation to comply.** Alexander Hamilton says this repeatedly in the Federalist Papers. Here are a few examples:

"...If the federal government should overpass the just bounds of its authority and make a tyrannical use of its powers, **the people,** whose creature it is, **must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify..."**
Federalist No. 33, 5th Paragraph.

"...acts of... (the federal government) which are NOT PURSUANT to its constitutional powers... will (not) become the supreme law of the land. **These will be merely acts of usurpation, and will deserve to be treated as such..."**
Federalist No. 33, 6th paragraph

"...every act of a delegated authority, contrary to the tenor of the commission under which it is exercised, is void. **No legislative act ... contrary to the Constitution can be valid.** To deny this, would be to affirm ... that men acting by virtue of powers may do not only what their powers do not authorize, but what they forbid."
Federalist No. 78, 10th paragraph

When it is proven, by tacit agreement or otherwise, that Trespassing upon the Peoples' unalienable rights to life, liberty, and pursuit of happiness from outside the Republic of the united States of America and/or proven tacitly or otherwise that a tyrannical takeover of our de jure Republic by agents with an agenda to steal our birthright, destroy our country – the United States of America – assault the men, women, and children of the Republic and their real and other property -- wild and domestic livestock, pollinating insects which affect agriculture / food supply, right of privacy, well-being, liberty, or right to equitable contracts; and/or proven tacitly or otherwise that any Trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, **there may be grounds for a Grand Jury indictment for treason,** to wit:

**united States of America Constitution 1788 – Article III, Section III:** "Treason shall consist only in levying War against them, **or in adhering to their Enemies,** giving them Aid and Comfort. No sovereign living being shall be convicted of Treason unless on the **Testimony of Two Witnesses** to the same overt Act or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work

Affidavit of Fee Schedule                                                         15

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Corruption of Blood, or Forfeiture except during the Life of the sovereign living being attainted."

### Deuteronomy Chapter 17 verse 6

"6 At the mouth of **two witnesses,** or three **witnesses,** shall he that is worthy of death be put to death: but at the mouth of one witness, he shall not be put to death."

### Deuteronomy Chapter 19 verse 15

"15 One witness shall not rise up against a man for nay iniquity, or for any sin, in any sin that he sinneth: at the mouth of **two witnesses,** or at the mouth of three witnesses, shall the matter be established."

### Matthew Chapter 18 verse 16

"16 But if he will not hear thee, then take with thee one or two more, that in the mouth of **two** or three **witnesses** every word may be established."

### 2 Corinthians Chapter 13 verse 1

"1 This is the third *time* I am coming to you. In the mouth of **two** or three **witnesses** shall every word be established."

### Hebrews Chapter 10 verse 28

"28 He that despised Moses Law died without mercy under **two** or three **witnesses.**"

**united States of America Constitution, Amendment IV:**
"The **right** of the people to be secure in their **persons, houses, papers,** and **effects, against unreasonable searches and seizures, shall not be violated,** and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

**Title 18 U.S. Code § 2382- Misprision of Treason**
"Whoever, owing allegiance to the United States and **having knowledge of the commission of any treason** against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, **is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven (7) years, or both.**"

Affidavit of Fee Schedule                                                      16

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

**WHEREAS** a person with full knowledge of a potential harm, whether caused directly by the person or not, and that person is endowed the ability and/or duty to act upon the said knowledge in a way to avoid or otherwise mitigate the potential harm, and fails to do said actions, is liable for the inevitable harm caused, and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a **fundamental principal of law** that nobody is above the law including but not limited to all government actors. The government immunity clause **only** applies to government actors when they are performing their actions of their office defined by their office **in good faith** and that the **UNITED STATES SUPREME COURT** has made a ruling regarding public officials being held liable for actions done or failure to perform required actions in the case of **MILLBROOK v. UNITED STATES, 477 Fed. Appx. 4.**

This International Commercial Claim / Lien within the Admiralty Private Agreement and Disclosures, Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the honorable terms of this Notice of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and additional yet to be named respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

<u>**It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me for any and all breaches of this Notice, violations of domestic and international human rights, the U.C.C., and the Common Law.**</u>

**Joining the Contract**
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a respondent seeking the privilege of joining this Contract is hereby established at 5 (five) million in silver or gold dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver or gold dollars per each attempt / event of impairment.

**As with any administrative process,** you may rebut the statements and claims in this Contract by executing a verified response, point-by-point with evidence that is certified to be true and in affidavit form, correct and complete, to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. You and the Claimant / Libellant agree that a response which is not verified or a response from a

Affidavit of Fee Schedule                                                                 17

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or state a claim by the indicated Effective Date, the Notice of Fee Schedule and Remedy will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

"Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading…" *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation…" Fisher Controls International, Inc. v. Gibbson, 991 S.W. 2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation..." Blanton v. Sherman Compress Co., 256 S.W. 2d 884 (1953)

Silence activates estoppel, pursuant to Carmine v. Bowen, 64 A. 932

**U.C.C. § 2-201 -- Formal Requirements; Statutes of Frauds**

(1)    Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

(2)    Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (1) against such party unless written notice of objection to its contents is given within ten (10) days after it is received.

**This Notice of Liability Regarding Trespass Fee Schedule and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree

Affidavit of Fee Schedule                                                                                    18

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

that the Claimant / Libellant, I have exhausted my administrative remedy and have stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described, you agree that you have failed to and are forever barred from estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. **This contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892 and 28 U.S.C. 1605 and 1607 in regard to loss of immunity.**

The term failure to respond means your failure by the Effective Date to respond to this Contract (silence) or insufficiency of response as that term is defined herein. You agree that failure to respond conveys your agreement with all of the terms and provisions of this Contract. For failure to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This fee schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and directives given to the RESPONDENTS by the Peace and/or Sovereign Beneficiary, receipt of any further unsolicited letters or communications including emails, calls, etc. from RESPONDENTS / AGENTS / THIRD PARTIES, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, any other unlawful activities or action / inaction. In the case of your failure to pay any fees within thirty days of presentment of a True Bill, you agree a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution and all other lawful and commercial remedies.

# Notice to Agent is Notice to Principal.
# Notice to Principal is Notice to Agent.

**This contract is legally and lawfully binding and is non-negotiable. This contract is activated and subscribed to automatically by the respondent(s) named in due course by all names of respondents, agents, employees, individuals, third parties, and/or representatives of.**

The Respondents are entitled to a Notice of Default. In consideration, Respondent agrees to accept a Notice of Default as Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Notice of Fee Schedule and Remedy. Since Judgment is issued when a party waives the right to respond, **all parties to this Agreement agree to be bound in**

Affidavit of Fee Schedule                                                                 19

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

perpetuity by any and all such Judgments which may be issued regarding this Notice. The Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Notice.

**All Rights Reserved Without Recourse. I reserve the right to alter this fee schedule at any time at the discretion of either party of the Sovereign Beneficiary, Sui Juris Franklin Shanta Jalissa™, in care of JALISSA SHANTA FRANKLIN©™ and any and all derivatives thereof.**

Please be advised that these are our fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you continue to harass and intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to Law.

If you should face a jury, you should know that the jury has sworn duty to judge the Law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "corpus delecti" (i.e., the body or elements of the crime).

> "The corpus delecti consists of two elements- namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (People v. Frey, 165 Cal. 140, 146 [131 P. 127]. People v. Lopez, etc.)

Please note that this self-defense Notice of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporation Employees is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. Here is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in the following Fee Schedule:

The Unites States Supreme Court has stated the following in *"U.S. v. Cruikshank"* (92 U.S. 542 at 551):
"...between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possess, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one

Affidavit of Fee Schedule                                                              20

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a "person" is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

## Not me or anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.

**Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.**

**Let it be clear that I am not a person / citizen / employee / subjects of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.**

### Guarantee and Waiver of Benefits
Guarantees for this Notice of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the United States of America Constitution, the Bill of Rights, Constitutional Oaths of Office, the Common Law and Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Notice of Fee Schedule and Remedy are for jurisdictional purposes and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

## Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

It is written, "If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, Thus saith the Lord of hosts, Ye shall certainly drink." – Jeremiah 25:28

Affidavit of Fee Schedule                                                                 21

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

"**Thy kingdom come, Thy will be done in earth, as it is in Heaven.**"
**-Matthew 6:10**

## LAW OF NATURE

The Law of Nature is that which God, the Sovereign of the world, has prescribed to man not by any formal promulgation but by the internal dictate of reason alone. It is discovered by a just consideration of the agreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the Constitution for the United States of America, we find the 11th article, Amendment 9: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the People." Affected parties and people wishing to dispute the claims and truths made herein or to make their own claims upon Me must respond within **twenty-one (21) days** after service of this Notice of the action and request a Common Law court to empanel a Common Law Jury of twenty-five (25) indigenous free men to hear their case against Me. All responses must be signed and witnessed no later than **twenty-one (21) days** from the date of original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this Lawful Notice made herein will always result in an automatic default judgment and permanent, irrevocable estoppel by acquiescence, barring the bringing of charges under any statute / regulation / act / code or legal action against Me, my family, or another People. Failure to honor this lawful Notice will make each of the People acting as federal / state / county / city / municipal / corporation employees liable for the sum of twenty-five (25) ounces of .999 pure gold or its equivalent in Federal Reserve Notes plus my Fee schedule, and such sum will be required to be paid to Franklin Shanta Jalissa upon your receipt of the Invoice and by its assigned due date. I, the undersigned affiant and attorney in fact for JALISSA SHANTA FRANKLIN©™ authorize this affidavit using my autograph as her own on this instrument.

It is against the law for a Judge to summarily remove, to dismiss, to dissolve, or to diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

### Trespass Upon Private Contract

Any collateral attack on this Contract is in bad faith and is a criminal trespass payable as prescribed in the above-stated Notice of Fee Schedule.

**All payments are to be made in Lawful Money
pursuant to Title 12 USC § 411.**

Affidavit of Fee Schedule                                                                 22

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Further affiant sayeth not!

## All Rights Reserved, None Waived

## Without Prejudice

Respectfully submitted.

I, Franklin Shanta Jalissa©™, herein affirm and declare under my unlimited commercial liability that I AM competent and of Lawful age to state the matters set forth herein, that they are true, correct, complete, not intended to be misleading, that they are admissible as evidence, and in accordance with my best first-hand knowledge, understanding, and belief.

Dated this __2__ day of __May__ in the Year 2024.

_franklin; shanta, jalissa_

Franklin Shanta Jalissa©™
**Affiant,** Sole shareholder, Director,
Attorney in Fact,
Sole Beneficiary, Authorized
Representative, Sui Juris
In Care Of JALISSA SHANTA FRANKLIN

Affidavit of Fee Schedule                                                      23

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

**Alabama Republic** )

                  ) ss.

**Jefferson County**          )

On the ___2___ day of ___MAY_____, 2024, before me,
_____Ronald Largin Jr._____, a Notary,

Personally appeared Franklin Shanta Jalissa©™ known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living, sovereign woman whose name is subscribed upon these instrument(s) and acknowledged to me that they executed the same in their authorized capacity; and by their signatures on this instrument, Franklin Shanta Jalissa©™ has acted on behalf of the persons who executed this instrument.



_____         (seal)

NOTARY SIGNATURE

My Commission Expires: _8-9-26_____

RONALD LARGIN JR.
My Commission Expires
August 9, 2026



RA 183 815 794 US

Label 200, July 1999      (102595) 99-M-1904

FILED IN OFFICE
DISTRICT CIVIL DIVISION

MAY 03 2024

JACQUELINE ANDERSON SMITH
CLERK

Affidavit of Fee Schedule         24

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

# EXHIBIT ___16___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

**FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**
**1729 5ᵀᴴ Avenue North, Birmingham, Alabama, 35203**
**ON**

**6ᵀᴴ of May two thousand twenty-four**

As true and correct copies of the original were entered as evidence on the record in support of
**Case Number: DV-2024-901820.00** on

**3rd of May two thousand twenty-four**

## PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
**ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED**

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

Exhibit 16

County Division Code: AL040
Inst. # 2024040358 Pages: 1 of 3
I certify this instrument filed on
5/3/2024 10:19 AM Doc: AFF
Judge of Probate
Jefferson County, AL. Rec: $22.00

Clerk: NICOLE

Void When Prohibited by Lawful Authority



United States Postal Service
**REGISTERED MAIL**

RA 183 815 794 US

Label 200, July 1999        (102595) 99-M-1904

**Alabama Republic**

**Jefferson County**



FILED IN OFFICE
DISTRICT CIVIL DIVISION

MAY 03 2024

JACQUELINE ANDERSON SMITH
CLERK

### Affidavit of Repudiation for Case Number:
### 01-DV-2024-901820.00

I, Franklin Shanta Jalissa™© being of lawful age and sound mind, do hereby declare and affirm the following under penalty of perjury:

1. I am the tenant residing at 1583 Wilderness Lane Alabama Republic [35235] which is subject to an ongoing eviction proceeding initiated by PARKWAY REALTY; AG F/BEAR CLAW LLC and WINSTON, WINSTON, JENKINS & HASTAIN, LLC in DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA.

2. I hereby repudiate and disavow the actions taken by PARKWAY REALTY; AG F/BEAR CLAW LLC and WINSTON, WINSTON, JENKINS & HASTAIN, LLC in relation to the eviction proceeding and assert my lawful objections and rights as follows:

3. Failure to Address Maintenance Concerns: Despite repeated notices and requests, PARKWAY REALTY; AG F/BEAR CLAW LLC has failed to address serious maintenance concerns affecting the safety and habitability of the rental property. These concerns include maintenance issues, such as plumbing problems causing costly utility bills and structural defects.

4. Failure to Provide a Lawful Contract: The original lease agreement expired on June 30, 2023, and I was not notified of a new lease until September 2023. During this time, I expressed my preference for a month-to-month lease instead of a yearly lease. Heather Barnett, the manager for PARKWAY REALTY, responded that a new lease was unnecessary, but the rent would increase by an additional $150.00, and I still needed to submit a 30-day written notice before moving. However, this arrangement does not constitute a lawful contract due to the absence of a valid meeting of the minds or wet ink signatures from all parties involved.

5. Lawful Tender of Payment: I have made a lawful tender of payment in good faith for rent. However, PARKWAY REALTY; AG F/BEAR CLAW LLC and WINSTON, WINSTON, JENKINS & HASTAIN, LLC refused to accept such payments or has otherwise failed to provide a lawful method for payment, thereby breaching their obligations under the lease.

6. Cease-and-Desist Notice: I have issued a lawful cease-and-desist notice to PARKWAY REALTY; AG F/BEAR CLAW LLC; WINSTON, WINSTON, JENKINS & HASTAIN,

Void When Prohibited by Lawful Authority

LLC; and the judge at DISTRICT COURT OF JEFFERSON COUNTY ALABAMA judge, Shera C. Grant, demanding that they cease all further attempts at eviction and address the maintenance concerns and payment issues in good faith. Despite this notice, PARKWAY REALTY; AG F/BEAR CLAW LLC; WINSTON, WINSTON, JENKINS & HASTAIN, LLC; and DISTRICT COURT OF JEFFERSON COUNTY ALABAMA judge, Shera C. Grant has persisted in their unlawful eviction efforts.

7. Insufficient Notice Before Eviction: I assert that PARKWAY REALTY; AG F/BEAR CLAW LLC has failed to provide me with the lawful amount of time required by law before initiating the eviction proceeding. As a tenant, I am entitled to a proper 30- day notice and an opportunity to address any alleged lease violations before lawful action is taken.

8. Conclusion: Based on the foregoing, I hereby repudiate the eviction proceeding initiated by PARKWAY REALTY; AG F/BEAR CLAW LLC and WINSTON, WINSTON, JENKINS & HASTAIN, LLC and assert my rights to remain in the rental property until such time as the maintenance concerns are addressed, lawful payment arrangements are made, and proper lawful procedures are followed.

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct to the best of my knowledge and belief.

_franklin·shanta, jalissa_

franklin shanta jalissa™© Suri Júris/Beneficiary
In care of JALISSA SHANTA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com

_May 2, 2024_
Date

# Jurat Certificate

Alabama Republic

County of Jefferson,

On this day 2 of MAY _____, 2024, I, Franklin Shanta Jalissa , the sovereign
sentient living woman personally appeared before the notary, Ronald Largin Jr _____
and was identified or acknowledged by a valid form of identification. I affirm under oath that the
contents of this Affidavit are **true and correct**.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

_____
Title & Commission Number

My commission expires 8-8-24 _____

1430 Galsden Highway Sq 116
Birmingham Alabama 35735

Address

RONALD LARGIN JR.
My Commission Expires
August 9, 2026

Seal



United States Postal Service
**REGISTERED MAIL**

RA 183 815 794 US

Label 200, July 1999                    (102595) 99-M-1964

# EXHIBIT _12_
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order
### FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE
1729 5TH Avenue North, Birmingham, Alabama, 35203
ON

6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of
Case Number: DV-2024-901820.00 on

3rd of May two thousand twenty-four

### PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



UNITED STATES POSTAL SERVICE
**REGISTERED MAIL**™

RF 728 674 620 US

Label 200, ust 2005                    PSN 7690 03 000 9311

Exhibit 17

Void When Prohibited by Lawful Authority

County Division Code: AL040
Inst. # 2024040359 Pages: 1 of 2
I certify this instrument filed on
5/3/2024 10:19 AM Doc: NOTICE
Judge of Probate
Jefferson County, AL. Rec: $19.00

Clerk: NICOLE

**United States Postal Service**
**REGISTERED MAIL**

RA 183 815 794 US

Label 200, July 1999   (102595) 99-M-1904

FILED IN OFFICE
DISTRICT CIVIL DIVISION

MAY 03 2024

JACQUELINE ANDERSON SMITH
CLERK

**Alabama Republic**

**Jefferson County**

## Certified Judgement for Case Number:
### 01-DV-2024-901820.00

I, Franklin Shanta Jalissa™©, on May 2, 2024, hereby issue this Certified Judgment in response to the unresolved jurisdictional challenge, counterclaim, and other matters pending before this court in the eviction proceeding initiated against me.

1.  Jurisdictional Challenge: Despite my timely submission of a jurisdictional challenge, supported by evidence and lawful arguments, the court has failed to address or respond to my challenge within the allotted time frame. As such, I assert that the court lacks jurisdiction over the matters at hand and any actions taken by the court without proper jurisdiction are null and void ab initio.
2.  Counterclaim: My counterclaim, filed in accordance with the court's rules and procedures, remains unanswered by the plaintiffs or other parties involved in this case. The counterclaim asserts my rights and lawful defenses, including but not limited to claims of wrongful eviction, breach of contract, and violations of my constitutional and common law rights.
3.  Affidavit of Ownership and Status: I have submitted unrebutted affidavits affirming my ownership rights and my status as a sovereign living woman with inherited rights. These affidavits stand as true and accurate statements of fact, supported by evidence and lawful principles.
4.  Notices of Tender of Payment and Cease-and-Desist: Despite repeated notices sent to the courts, plaintiffs, and their representatives regarding Tender of Payment and Cease-and-Desist, no response or acknowledgment has been received within the requested time frame. This failure to engage in good faith communication and negotiation constitutes a breach of lawful and ethical obligations.

Therefore, I hereby assert my sovereign rights and demand the following:
- Dismissal of the eviction proceeding for lack of jurisdiction and failure to address the jurisdictional challenge in a timely manner.
- Recognition of my counterclaim and adjudication of the claims raised therein.
- Acknowledgment of my ownership rights and status as a sovereign living woman with inherited rights, as affirmed in the unrebutted affidavits submitted to the court.

Void When Prohibited by Lawful Authority

- o Compliance with the notices of Tender of Payment and Cease-and-Desist, including cessation of any further attempts at eviction or harassment.

I request a written statement signed under penalty of perjury with a wet ink signature by an authorized representative, confirming my demands to be sent to me at the mailing location listed below. Failure to comply with this Certified Judgment may result in lawful action and liability for all parties involved.

**United States Postal Service**
**REGISTERED MAIL**

RA 183 815 794 US

Label 200, July 1999          (102595) 99-M-1904

*franklin·shanta, jalissa*
franklin shanta jalissa™© Suri Juris/Beneficiary
In care of JALISSA SHANTA FRANKLIN™©
Post Office Box 1753
351 24th Street North
Alabama Republic
[35201-1753]
organicv999@icloud.com

## Jurat Certificate

Alabama Republic,

County of Jefferson,

On this day 2 of may , 2024, I, franklin shanta jalissa , the sovereign sentient living woman personally appeared before the notary, Ronus larin Jr and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Memorandum are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

___N/A___
Tittle & Commission Number

My commission expires 8·9-24

*1480 Gadsden Highway Ste 116*
*Birmingham Alabama 35235*
_____
Address

RONALD LARGIN JR.
NOTARY
PUBLIC
STATE OF ALABAMA
My Commission Expires
August 9, 2026
Seal

# EXHIBIT _18_
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

**FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**

1729 5ᵀᴴ Avenue North, Birmingham, Alabama, 35203

ON

6ᵀᴴ of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of

<u>Case Number: DV-2024-901820.00</u>  on

3rd of May two thousand twenty-four

**PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.**

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332

**UNITED STATES POSTAL SERVICE**
**REGISTERED MAIL**™

RF 728 674 620 US

Label 200, Just 2005    PSN 7690-03-000-9311

# AFFIDAVIT OF PROOF OF SERVICE AND MAILING

**Republic of** Alabama )
**Subscribed and Affirmed** )
**City of** Birmingham )

FILED IN OFFICE
DISTRICT CIVIL DIVISION

MAY 03 2024

JACQUELINE ANDERSON SMITH
CLERK

County Division Code: AL040
Inst. # 2024040361 Pages: 1 of 4
I certify this Instrument filed on
5/3/2024 10:19 AM Doc: AFF
Judge of Probate
Jefferson County, AL. Rec: $25.00

Clerk: NICOLE

I, Franklin Shanta Jalissa , the undersigned sovereign living woman, being of sound mind and under no duress, do hereby certify and affirm that the following facts are true and correct, to wit:

1. On April 22 , 20 24, that I, Franklin Shanta Jalissa the living-soul, personally deposited the following documents (listed below) inside the envelope, sealed them, and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|--------|---------------------|-----------------|
| 1. | Affidavit of Proof of Service and Mailing | 2 |
| 2. | Affidavit of Ownership | 4 |
| 3. | Affidavit of Declaration of Sovereignty | 12 |
| 4. | Affidavit of Jurisdictional Challenge / Counterclaim Invoice | 11 |
| 5. | Proofs of Damages (Pictures, Water Bills, Maintenance Requests) | 25 |
| 6. | Copies of Emails and Posted Notices | 18 |
| 7. | Copies of Debt Collector Statements / Instruction Letter | 6 |
| 8. | Copies of Cease-and-Desist Notice / Rejection of court case | 6 |
| 9. | Proof of Service for Delievered Notices | 3 |
| 10. | Copy of Notice of Complaint to Attorney General | 2 |

Total of 10 documents with combined total of 89 pages.

2. That said document(s) stated above were mailed via (initial those which apply):
_____ United States Postal Office, by regular mail, postage prepaid
_____ United States Postal Office, by **Certified Mail #**_____,
Return Receipt Requested
_____ United Parcel Service (UPS), tracking number # _____
_____ Federal Express, tracking number # _____
__Fj__ Other (specify):
_____ Registered Mail # RA 183 815 777 US _____

Certificate of Service

at said City and State, one complete set of **(ORIGINAL/COPIED)** documents, as described in item 1 above, properly enveloped and addressed to:

Jefferson County Courthouse
Attn: Shera C. Grant
716 N. Richard Arrington Blvd. Room 560
Birmingham, AL
35203

Clerk of Court
Attn: Jacqueline
Anderson
Smith

Room 500

3. That I am at least 18 years of age.
4. I declare under penalty of perjury under the laws of Alabama that the foregoing is true and correct.

I now affix my autograph to these affirmations.

by: _franklin shanta jalissa_

---

**Jurat Certificate**

Alabama Republic

County of Jefferson,

On this day 22nd of _APRIL_ , 2024, I, _Franklin Shanta Jalissa_ , the sovereign sentient living woman personally appeared before the notary, _CARIDAD STEPHENS_ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

_____
Notary Signature

_NOTARY_
Title & Commission Number

My commission expires _August 7, 2027_

1430 Gadsden Hwy Ste 116
Birmingham, AL 35235

Address

Seal

CARIDAD STEPHENS
My Commission Expires
August 7, 2027

STATE OF ALABAMA
NOTARY PUBLIC

---

Page 2 of 2

**Certificate of Service**

# **Proof of Service**

I have attached page 1 of 89 from the original stamped documents showing proof of this filing made on April 22, 2024.



Void When Prohibited by Lawful Authority

Date: April 22, 2024
Registered/Certified Mail Number:

RA 183 815 777 US

PARKWAY REALTY AS AG F/BEAR CLAW LLC

WINSTON, WINSTON, JENKINS & HASTAIN, LLC

*Parties of Interest, Plaintiffs*

Franklin Shanta Jalissa™©, a living woman

Beneficiary of estate JALISSA SHANTA FRANKLIN™©

*Defendant*

CASE NUMBER: 01-DV-2024-901820.00



DISTRICT CIVIL DIV.
APR 22 2024
JACQUELINE ANDERSON SMITH
CLERK

## Affidavit of Jurisdictional Challenge and Dishonor
## of the *"parties of interest" plaintiffs* and to the court
## by special appearance.

*An __appearance de bene esse__ is designed to permit a party to a proceeding to refuse to submit his person to the jurisdiction of the court unless it is finally determined that he has forever waived that right. Such an appearance is therefore a special appearance designed to allow the accused to meet and any supposed requirement of making an appearance, and at the same time, to refuse to submit to the __jurisdiction__ of any alleged __plaintiff__ (and therefore of the applicable __court__), unless and until some judicial department prosecutor makes all disclosures, specifically by producing a complaint of __damage__ or __injury,__ __signed__ and verified by the injured party.*

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners 94 Ca 2d 751, 211 P2d 289

"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215

"The burden of proving jurisdiction rests upon the party asserting it." Bindell v City Of Harvey, 212 Ill.App.3d 1042, 571 N.E.2d 1017(1st Dist. 1991)

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper,102 F. 2d 188; Chicago v. New York 37 FSupp. 150

*"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is*

Jurisdictional Challenge by special appearance, Notice of Dishonor of Plaintiffs, and Counterclaim    1
CASE NUMBER: 01-DV-2024-901820.00

# EXHIBIT ___19___
## ADMISSIBLE AS EVIDENCE

Attachment(s) to: Emergency Petition for Removal to Federal Court, Temporary Restraining Order, Special Appearance, and Proposed Order

**FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA BIRMINGHAM DIVISON HUGO L. BLACK U.S. COURTHOUSE**

1729 5TH Avenue North, Birmingham, Alabama, 35203

**ON**

6TH of May two thousand twenty-four

As true and correct copies of the original were entered as evidence on the record in support of

<u>Case Number: DV-2024-901820.00</u> on

3rd of May two thousand twenty-four

**PLAINTIFF DO NOT CONSENT TO ANY OF THE ORDERS DATED 04/01/2024.**

Without prejudice, without recourse UCC 1-308,
ALL NATURAL GOD-GIVEN UNALIENABLE RIGHTS RESERVED

18 USC 8; 28 USC 1331; 28 USC 1332



RF 728 674 620 US

# AFFIDAVIT OF PROOF OF SERVICE AND MAILING

**Republic of** Alabama            )
**Subscribed and Affirmed**         )
**City of** Birmingham              )

FILED IN OFFICE
DISTRICT CIVIL DIVISION

MAY 03 2024

JACQUELINE ANDERSON SMITH
CLERK

County Division Code: AL040
Inst. # 2024040360 Pages: 1 of 3
I certify this instrument filed on
5/3/2024 10:19 AM Doc: AFF
Judge of Probate
Jefferson County, AL. Rec: $22.00

Clerk: NICOLE

I, Franklin Shanta Jalissa            , the undersigned sovereign living woman, being of
sound mind and under no duress, do hereby certify and affirm that the following facts are true
and correct, to wit:

1. On April 22            , 2024, that I, Franklin Shanta Jalissa, the living-
   soul, personally deposited the following documents (listed below) inside the envelope,
   sealed them, and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| 1. | Affidavit of Jurisdictional Challenge/Counterclaim Invoice | 11 |
| 2. | Proofs of Damages (Pictures, Water Bills, Maintenance Requests) | 25 |
| 3. | Copies of Emails and Posted Notices | 18 |
| 4. | Copies of Debt Collector Statements/Instruction Letter | 6 |
| 5. | Copy of Cease-&-Desist Notice | 3 |
| 6. | Rejection of Court Case (copy) | 3 |
| 7. | Proof of Service for Delievered Notices | 3 |
| 8. | Affidavit of Proof of Service and Mailing | 2 |
| 9. | Copy of Notice of Complaint to Attorney General | 2 |
| 10. | | |

Total of __9__ documents with combined total of __73__ pages.

2. That said document(s) stated above were mailed via (initial those which apply):
   _____ United States Postal Office, by regular mail, postage prepaid
   _____ United States Postal Office, by **Certified Mail #**_____,
   Return Receipt Requested
   _____ United Parcel Service (UPS), tracking number # _____
   _____ Federal Express, tracking number # _____
   _____ Other (specify):
   _____

Page 1 of 2

Certificate of Service

at said City and State, one complete set of **(ORIGINAL/COPIED)** documents, as described in item 1 above, properly enveloped and addressed to:

Winston, Winston, Jenkins
& Chastain LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, AL
35209

Parkway Realty AsAG F/BEAR CLAW LLC
Attn: Heather Barnett
5290 Old Springville Rd
Pinson, AL
35126

3.  That I am at least 18 years of age.
4.  I declare under penalty of perjury under the laws of Alabama that the foregoing is true and correct.

I now affix my autograph to these affirmations.

by: franklin shanta jalissa

**Jurat Certificate**

Alabama Republic

County of Jefferson,

On this day 22nd of APRIL ____, 2024, I, Franklin Shanta Jalissa, the sovereign sentient living woman personally appeared before the notary, CARIDAD STEPHENS ____ and was identified or acknowledged by a valid form of identification. I affirm under oath that the contents of this Affidavit are true and correct.

This notarial act was performed in accordance with the laws of the State of Alabama.
Witness my hand and official seal.

Notary Signature

NOTARY
Title & Commission Number

My commission expires August 7, 2027

1430 Gadsden Hwy Ste 116
Birmingham, AL 35235

Address

Seal

CARIDAD STEPHENS
My Commission Expires
August 7, 2027

Page 2 of 2

Certificate of Service

# Proof of Service

I have attached the signed return mail receipts to verify these deliveries made on April 23, 2024.

*Q*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PARKWAY REALTY AS AG F/BEAR CLAW LLC
Attn: Heather Barnett
5290 Old Springville Rd
Pinson, AL 35126

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8660 3244 6438 04

2. Article Number (Transfer from service label)

9589 0710 5270 2065 7729 67

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Melissa*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  4/23/24

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
"Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal"

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☑ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Winston, Winston, Jenkins + Chastain LLC
Attn: Norman G. Winston Jr.
1744 Oxmoor Road
Homewood, AL 35209

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8660 3244 6437 98

2. Article Number (Transfer from service label)

9589 0710 5270 2065 7760 02

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  4-23-24

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
"Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal"

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt